COOLEY LLP
STEVEN M. STRAUSS (99153)
(sms@cooley.com)
DENNIS C. CROVELLA (190781)
(dcrovella@cooley.com)
JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant / Counterclaim-Plaintiff
BLANCHARD TRAINING AND
DEVELOPMENT, INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADERSHIP STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED, and Does 1-10, inclusive, <br><br> Defendants. | Case No.: 15 CV 1831 WQH KSC <br><br> **DECLARATION OF THOMAS MCKEE IN SUPPORT OF BLANCHARD TRAINING'S POSITION IN JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE ON PLAINTIFF'S REQUESTS FOR PRODUCTION 73-78** |
| BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> LEADERSHIP STUDIES, INC., <br><br> Counterclaim-Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

DECL. OF THOMAS MCKEE ISO JOINT MOTION
FOR DETERMINATION OF DISCOVERY DISPUTE
15 CV 1831 WQH KSC

I, Thomas McKee, declare as follows:

1. I am currently the Chief Executive Officer of Blanchard Training and Development, Incorporated ("BTD"), defendant and counterclaim-plaintiff in this lawsuit. I have been with BTD and held various positions with the company since 1987. I make this declaration in support of BTD's portion of the Joint Motion for Determination of Discovery Dispute on Plaintiff's Requests for Production 73-78. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. I have personally been involved in the negotiations regarding the dispute between BTD and Leadership Studies, Inc. ("Leadership Studies") that is the subject of this lawsuit.

3. Ongoing discussions between the parties had broken down when Leadership Studies sent a counter-proposal on September 17, 2015 with terms that, in my view, confirmed Leadership Studies' intent to rewrite the history between the parties and to obtain a windfall from the sale of BTD's business, as opposed to seeking any redress tied to the alleged harms identified in the Complaint filed by Leadership Studies on August 17, 2015.

4. Documents relating to the recently-contemplated transaction wherein BTD would have sold itself to third party Korn/Ferry International ("KF") (the recently-contemplated transaction is the "KF Deal") that are on the log produced as Exhibit 22 to the Declaration of Nathaniel Fintz that are the subject of this motion include BTD's trade secret or other confidential commercial information, including details regarding all aspects of BTD's business that would be expected to be discussed in the context of the negotiation for the sale of a business.

5. The information in the KF Deal documents exchanged by BTD and KF was exchanged under a Mutual Confidentiality Agreement dated March 11, 2015, a true and correct copy of which is attached hereto as Exhibit A.

6. It would be harmful for BTD to disclose such confidential information

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

DECL. OF THOMAS MCKEE ISO JOINT MOTION
FOR DETERMINATION OF DISCOVERY DISPUTE
15 CV 1831 WQH KSC

to any of its competitors, but no competitor moreso than CLS, who filed this lawsuit complaining about activities it had tolerated for decades.

7. I have concern that CLS and its counsel would use the KF Deal documents for its strategic advantage in seeking to obtain a settlement based on the value of BTD, or based on terms that would prevent the future sale of BTD, instead of the merits of any claims or defenses in this lawsuit.

8. To this day, KF and BTD continue to have a shared interest in having the KF Deal documents and any recent correspondence remain shielded from both public view and from CLS and its counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2017 in Escondido, California.

_____
Thomas McKee

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

DECL. OF THOMAS MCKEE ISO JOINT MOTION
FOR DETERMINATION OF DISCOVERY DISPUTE
15 CV 1831 WQH KSC