MICHELE M. DESOER (SBN 119667)
mdesoer@zuberlaw.com
JEFFREY J. ZUBER (SBN 220830)
jzuber@zuberlaw.com
A. JAMES BOYAJIAN (SBN 275180)
aboyajian@zuberlaw.com
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

NATHANIEL L. FINTZ (*Pro Hac Vice*)
nfintz@zuberlaw.com
**ZUBER LAWLER & DEL DUCA LLP**
One Penn Plaza, Suite 4430
New York, New York 10119
Telephone: (212) 899-9830

Attorneys for Plaintiff and
Counterclaim-Defendant Leadership Studies, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADERSHIP STUDIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLANCHARD TRAINING AND DEVELOPMENT, INC., a California corporation, and Does 1-10, inclusive,<br><br>Defendants.<br><br>BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>LEADERSHIP STUDIES, INC.,<br><br>Counterclaim-Defendant. | CASE NO. 15CV1831 WQH-KSC<br><br>**SUPPLEMENTAL DECLARATION OF JEFFREY J. ZUBER RE: EXTENSION TO FILE JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE ON PLAINTIFF'S REQUESTS FOR PRODUCTION 73-78**<br><br>*No Oral Argument Unless Requested By The Court*<br><br>[Filed Concurrently with Joint Motion for Determination of Discovery Dispute on Plaintiff's Requests for Production 73-78] |

Case No. 15CV1831 WQH-KSC
DECLARATION OF NATHANIEL L. FINTZ IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE ON PLAINTIFF'S REQUESTS FOR PRODUCTION 73-78

## DECLARATION OF JEFFREY J. ZUBER

I, Jeffrey J. Zuber, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Zuber Lawler & Del Duca LLP, attorneys of record for Leadership Studies, Inc. ("CLS"). I have personal knowledge of the facts stated herein and, if called to testify, I could competently do so.

2. The original extended date to file this joint motion for determination of a discovery dispute was April 17, 2017. *See* Fintz Decl. at ¶ 33, Exh. 25.

3. On April 17, 2017, counsel for Blanchard Training and Development, Inc. ("BTD") requested an additional day, beyond the five day minimum afforded for a response, to serve their responsive portion of the current joint motion, and BTD represented that the extra day would not affect the deadline on filing this joint discovery motion with the Court. Counsel for CLS agreed to allow the additional day along with a corresponding extra day to file this joint discovery motion.

4. On the following day, April 18, 2017, counsel for BTD served their portion of the joint discovery motion as promised.

5. However, BTD's counsel was not available to serve its signed portion of the certificate of compliance Pursuant to Local Rule 26.1(b) and Rule V(D) of the Rules of the Hon. Karen S. Crawford, U.S.M.J. BTD requested that they serve the signature on the following day, and CLS agreed. The parties agreed that the motion to compel deadline would be moved accordingly.

6. On the following day, April 19, 2017, BTD served its portion of the signed statement as promised.

///
///
///
///
///

1

Case No. 15CV1831 WQH-KSC

DECLARATION OF NATHANIEL L. FINTZ IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE ON PLAINTIFF'S REQUESTS FOR PRODUCTION 73-78

0811-1026 / 677075.1

7. A true and correct copy of an email chain between counsel for both parties, memorializing the foregoing facts and agreements, is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of April, 2017, at Los Angeles, California.

_____
Jeffrey J. Zuber