**EXHIBIT 30**

# REDACTED

# FILED UNDER SEAL