**EXHIBIT 33**

# REDACTED

# FILED UNDER SEAL