MICHELE M. DESOER (SBN 119667)
  *mdesoer@zuberlaw.com*
JEFFREY J. ZUBER (SBN 220830)
  *jzuber@zuberlaw.com*
A. JAMES BOYAJIAN (SBN 275180)
  *aboyajian@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California  90017
Telephone: (213) 596-5620
Facsimile:   (213) 596-5621

Attorneys for Plaintiff and
Counterclaim-Defendant Leadership Studies, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADERSHIP STUDIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLANCHARD TRAINING AND DEVELOPMENT, INC., a California corporation, and Does 1-10, inclusive,<br><br>Defendants. | CASE NO. 15CV1831 WQH-KSC<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |
| BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>LEADERSHIP STUDIES, INC.,<br><br>Counterclaim-Defendant. | |

# CERTIFICATE OF SERVICE

**Leadership Studies, Inc. v. Blanchard Training Development**
**Case No. 15CV1831 WQH-KSC**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, CA 90017, USA.

On May 8, 2017, I served true copies of the following document(s) described as **RESPONSE TO STATEMENT OF UNDISPUTED MATERIAL FACTS OF BLANCHARD TRAINING AND ADDITIONAL STATEMENT OF UNDISPUTED AND DISPUTED MATERIAL FACTS IN SUPPORT OF LEADERSHIP STUDIES' OPPOSITION TO BLANCHARD TRAING'S MOTION TO DISMISS TRADEMARK CLAIMS (THIRD, FOURTH, AND FIFTH CAUSE OF ACTION) PURSUANT TO FED.R.CIV. P12(B)(1) , AND IN THE ALTERNATIVE MOTIONS FOR SUMMARY JUDGMENT PURSUANT TO FED.R. CIV. P. 56**

on the interested parties in this action as follows:

Steven M. Strauss
Dennis C. Crovella
John Paul Oleksiuk
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
Tel: 858-550-6000
Fax: 858-550-6420
Email:  sms@cooley.com
        dcrovella@cooley.com
        jpo@cooley.com
Attorneys for Defendant and Counterclaim-Plaintiff Blanchard Training and Development, Incorporated

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address dellis@zuberlaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 8, 2017, at Los Angeles, California.

| | |
|---|---|
| 1 | |
| 2 | *s/Debbie J. Ellis* |
| 3 | Debbie J. Ellis |