COOLEY LLP
STEVEN M. STRAUSS (99153)
sms@cooley.com
DENNIS C. CROVELLA (190781)
dcrovella@cooley.com
JOHN PAUL OLEKSIUK (283396)
jpo@cooley.com
4401 Eastgate Mall
San Diego, CA 92121
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendant / Counterclaim-Plaintiff
BLANCHARD TRAINING AND
DEVELOPMENT, INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADERSHIP STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED, and Does 1-10, inclusive, <br><br> Defendants. | Case No.  15 CV 1831 WQH KSC <br><br> **CERTIFICATE OF SERVICE RE BLANCHARD TRAINING'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS TRADEMARK CLAIMS (THIRD, FOURTH, AND FIFTH CAUSE OF ACTION) PURSUANT TO FED. R. CIV. P. 12(B)(1), AND IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** |
| BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> LEADERSHIP STUDIES, INC., <br><br> Counterclaim-Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

145572018 v1

**CERTIFICATE OF SERVICE**
**15-CV-1831 WQH KSC**

# CERTIFICATE OF SERVICE
(FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am in San Diego County, State of California. I am a member of the bar of this Court. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 4401 Eastgate Mall, San Diego, California 92121. On May 15, 2017, I served the documents described below in the manner described below:

- **BLANCHARD TRAINING'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS TRADEMARK CLAIMS (THIRD, FOURTH, AND FIFTH CAUSE OF ACTION) PURSUANT TO FED. R. CIV. P. 12(B)(1), AND IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

- **REPLY TO RESPONSE TO STATEMENT OF UNDISPUTED MATERIAL FACTS AND ADDITIONAL STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS IN SUPPORT OF LEADERSHIP STUDIES' OPPOSITION TO BLANCHARD TRAINING'S MOTION TO DISMISS TRADEMARK CLAIMS (THIRD, FOURTH, AND FIFTH CAUSE OF ACTION) PURSUANT TO FED. R. CIV. P. 12(B)(1), AND IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

- **BLANCHARD TRAINING'S COMBINED OBJECTIONS TO LEADERSHIP STUDIES' EVIDENCE, AND RESPONSE TO LEADERSHIP STUDIES' EVIDENTIARY OBJECTIONS, REGARDING OPPOSITION TO BLANCHARD TRAINING'S MOTION TO DISMISS TRADEMARK CLAIMS (THIRD, FOURTH, AND FIFTH CAUSE OF ACTION) PURSUANT TO FED R. CIV. P. 12(B)(1), AND IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court:

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

145572018 v1

1.

**CERTIFICATE OF SERVICE**
**15-CV-1831 WQH KSC**

| | | |
|---|---|---|
| 1 | MICHELE M. DESOER | *Attorneys for Leadership Studies,* |
| 2 | mdesoer@zuberlaw.com | *Inc.* |
| | JEFFREY J. ZUBER | |
| 3 | jzuber@zuberlaw.com | |
| 4 | A. JAMES BOYAJIAN | |
| | jboyajian@zuberlaw.com | |
| 5 | NATANIEL FINTZ | |
| 6 | nfintz@zuberlaw.com | |
| | ZUBER LAWLER & DEL DUCA LLP | |
| 7 | 777 S. Figueroa Street, 37th Floor | |
| 8 | Los Angeles, CA 90017 | |
| | Telephone:  (213) 596-5620 | |
| 9 | Facsimile:   (213) 596-5621 | |

Executed on May 15, 2017, at San Diego, California.

*s/Steven M. Strauss*
Steven M. Strauss

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

145572018 v1         2.         **CERTIFICATE OF SERVICE**
**15-CV-1831 WQH KSC**