

1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11  LEADERSHIP STUDIES, INC.,                 Case No.:  15cv1831-WQH(KSC)

12                              Plaintiff,     **THIRD AMENDED SCHEDULING
                                               ORDER REGULATING
13  v.                                         DISCOVERY AND OTHER PRE-
                                               TRIAL PROCEEDINGS;**
14  BLANCHARD TRAINING AND
    DEVELOPMENT, INC.,
15
                                               **ORDER GRANTING JOINT
16                              Defendant.     MOTIONS TO MODIFY THE
                                               SCHEDULING ORDER [Doc. Nos. 75
17  AND RELATED COUNTERCLAIMS.                 and 99]**
18

19

20        The parties submitted a Joint Motion to Modify the Second Amended Scheduling

21  Order [Doc. No. 75] and a Supplement to the Joint Motion to Modify the Second

22  Amended Scheduling Order [Doc. No. 99].  In these moving papers, the parties seek

23  additional time to complete depositions and to attend private mediation.  Good cause

24  appearing, the Court finds that the parties' Joint Motion must be GRANTED.

25  Accordingly,

26        IT IS HEREBY ORDERED THAT:

27        1.      The time for completing fact discovery is extended to **_August 31, 2017_**

28  solely for the purpose of completing depositions.

1

2.      The parties shall designate their respective experts in writing by *__September 25, 2017__*. The parties must identify any person who may be used at trial to present evidence pursuant to Rules 702, 703 or 705 of the Fed. R. Evid. This requirement is not limited to retained experts. The date for exchange of rebuttal experts shall be on or before *__October 9, 2017__*. The written designations shall include the name, address and telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide. The list shall also include the normal rates the expert charges for deposition and trial testimony.

4.      On or before *__November 9, 2017__*, each party shall comply with the disclosure provisions in Rule 26(a)(2)(B) and Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure.

4.      Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(D) on or before *__December 1, 2017__*.

5.      All expert discovery shall be completed by all parties on or before *__January 19, 2018__*. The parties shall comply with the same procedures set forth in the paragraph governing fact discovery.

6.      Please be advised that failure to comply with discovery deadlines or any other discovery order of the Court may result in the sanctions provided for in Federal Rule of Civil Procedure 37, including a prohibition on the introduction of experts or other designated matters in evidence.

7.      A Mandatory Settlement Conference shall be conducted on *__January 31, 2018__* at *__9:30 a.m.__* in the chambers of Magistrate Judge Karen S. Crawford, United States Courthouse, 333 West Broadway, Suite 1010, San Diego, California 92101. Counsel or any party representing himself or herself shall submit confidential settlement briefs directly to chambers no later than *__January 24, 2018__*. All parties are ordered to read and to fully comply with the settlement conference procedures set forth in Judge Crawford's Chambers Rules which are accessible via the Court's website at www.casd.uscourts.gov.

15cv1831-WQH(KSC)

8.      All other pretrial motions must be filed on or before ***February 26, 2018***. Counsel for the moving party must obtain a motion hearing date from the law clerk of the District Judge who will hear the motion.  The period of time between the date you request a hearing for your motion and the hearing date set by the law clerk may vary from one District Judge to another.  Please plan accordingly.  Failure to make a timely request for a motion date may result in the motion not being heard.

9.      Counsel shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before ***May 28, 2018***.  Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

10.     Counsel shall meet and take the action required by Local Rule 16.1(f)(4) on or before ***June 4, 2018***.  At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues.  Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c).  Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Federal Rules of Civil Procedure 26(a)(3).  Counsel shall cooperate in the preparation of the proposed pretrial conference order.

11.     Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f).  On or before ***June 11, 2018***, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval.  Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

12.     The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule 26(a)(3) Pretrial Disclosures shall be prepared, served and

15cv1831-WQH(KSC)

lodged with the assigned District Judge on or before ***June 18, 2018***, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

13.     The final Pretrial Conference is scheduled on the calendar of Judge Hayes on ***June 25, 2018*** at ***11:00 a.m.***.

14.     A post trial settlement conference before a Magistrate Judge may be held within 30 days of verdict in the case.

15.     The dates and times set forth herein will not be modified except for good cause shown.

16.     Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a District Court Judge. No reply memorandum shall exceed ten (10) pages without leave of a District Court Judge.  Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

17.     All other terms and conditions of the Scheduling Order filed on August 11, 2016 [Doc. No. 43], the Amended Scheduling Order filed on November 23, 2016 [Doc. No. 53], and the Second Amended Scheduling Order filed on February 17, 2017 [Doc. No. 59] shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  June 13, 2017

Hon. Karen S. Crawford
United States Magistrate Judge