# EXHIBIT 4

International Class No. 41

# STATEMENT

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

KILTEY, INC., BLANCHARD TRAINING AND DEVELOPMENT, INC. AND MANAGEMENT AND EDUCATIONAL DEVELOPMENT, INC., all citizens of the United States of America, doing business as CENTER FOR LEADERSHIP STUDIES, and located at Escondido, California, are doing business at 230 West 3d Avenue, Escondido, California 92025.

The above identified applicant has adopted and is using the service mark shown in the accompanying drawing for CONDUCTING WORKSHOPS FOR MANAGEMENT DEVELOPMENT TRAINERS, CONSULTANTS, ADMINISTRATORS, AND SUPERVISORS, AMONG OTHERS; TRAINING TRAINERS TO PROVIDE PROGRAMS AND WORKSHOPS FOR THE DEVELOPMENT OF LEADERSHIP SKILLS; CONDUCTING SEMINARS FOR THOSE IN LEADERSHIP AND MANAGEMENT PROFESSIONS; RESEARCH; DESIGNING AND DEVELOPING TRAINING MATERIALS IN SITUATIONAL LEADERSHIP; PUBLICATION OF BOOKS AND ARTICLES FOR THE SCIENTIFIC COMMUNITY. SITUATIONAL LEADERSHIP IS THE APPLICATION OF SITUATIONAL MANAGEMENT TECHNIQUES, METHODS AND THEORIES TO LEADERSHIP, RESULTING IN AN INNOVATIVE APPROACH FOR DEVELOPING LEADERSHIP EFFECTIVENESS AND IMPROVING EMPLOYEE PRODUCTIVITY in International Class 41, and requests that said mark be registered in the United States Patent Office on the Supplemental Principal Register established by the Act of July 5, 1946.

The service mark was first used in connection with the services February 1, 1967, and first used in the sale or advertising of the services rendered in commerce among the several States which may be lawfully regulated by Congress February 1, 1967, and is now in use in such commerce.

The mark is used by the applicant in advertising and publicizing these services and in diverse other ways, and five (5) specimens showing the mark as actually used are presented herewith.

Applicant hereby appoints DANIEL D. WHITNEY, ESQ., Gallatin & Whitney, 2441 E. Street, San Diego, California 92102, member of the Bar of the State of California, to prosecute this application to register, to transact all business in the Patent Office in connection therewith, and to receive the Certificate.

11/04/80   283537   2 201   35.00CK

CONFIDENTIAL

BLANCHARD0033663

CONFIDENTIAL

# DECLARATION

STATE OF CALIFORNIA  )
                     )  ss
COUNTY OF SAN DIEGO  )

    PAUL HERSEY, being first duly sworn, deposes and says that he is Executive Director of the partnership named in the aforegoing Statement, and is authorized to execute this affidavit on behalf of said partners; that he believes said partners to be the owner of the service mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said service mark in commerce either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the services of such other person, to cause confusion, or to cause mistake, or to deceive; that the drawing and description truly represent the service mark as actually used in connection with the services; and that the facts set forth in the Statement are true.

By: *Paul Hersey*
PAUL HERSEY,
Executive Director

SUBSCRIBED AND SWORN TO before me this 23rd day of October, 1980.

OFFICIAL SEAL
Jackie F. Lindensmith
Principal Office In
Notary Public - California
San Diego County
MY COMMISSION EXPIRES AUGUST 14, 1984

*Jackie F. Lindensmith*
Notary Public

My Commission Expires: August 14, 1984

BLANCHARD0033664

CONFIDENTIAL

# Paul HERSEY / Ken BLANCHARD

# Situational Leadership

## Developing Leadership Skills

**Workshops for...**
Management development trainers, consultants, leaders, managers, administrators, supervisors... and anyone attempting to lead others

*and introducing...a new seminar with Marshall Goldsmith...*
Performance Planning, Coaching, and Review:
A Situational Approach to Development



**UNIVERSITY ASSOCIATES**
Publishers and Consultants
8517 Production Avenue
San Diego, CA 92121

Oct 27, 1980

Bulk Rate
U.S. Postage
PAID
University Associates

BLANCHARD0033665

CONFIDENTIAL

# SITUATIONAL LEADERSHIP
## Developing Leadership Skills

*A successful, innovative approach for developing leadership effectiveness and improving employee productivity*

### Strategies that can result in:

- Improved performance as a manager and supervisor
- Increased effectiveness as a leader in all types of situations
- The ability to develop appropriate power bases
- Increased employee productivity and motivation

### Forget the myth that leaders are "born," never "made."

Effective leadership skills *can* be developed and learned—using the Situational Leadership approach.

This new advance in worker motivation integrates management theories with real-life leadership situations. The concepts apply equally to managers working in all types of organizations.

### Participation in these events will provide opportunities to:

- develop an understanding of Situational Leadership theory and personal skills in using the approach
- diagnose different leadership situations and adapt your leadership style
- develop your leadership effectiveness
- improve your performance as a manager and supervisor
- improve employee productivity and increase motivation
- manage your personal and positional power

Note: Either Dr. Paul Hersey or Dr. Ken Blanchard will conduct the Situational Leadership workshops.

### Program Outline & Topics

| |
|---|
| The Leadership Process |
| Successful vs. Effective Leadership |
| Situational Leadership Approach |
| Measuring Effectiveness |
| Determining Effective Leadership Styles |
| Leader/Follower Leadership Model |
| Delegation . . . Feedback . . . Roles . . . Job "Maturity" |
| Leader's Role in Maximizing Performance |
| Establishing the Motivating Environment |
| Building Effective Group Dynamics with Work Groups and Work Teams |
| The Impact of Leadership on the Management Process |

AND . . . the newest addition to Situational Leadership theory and practice . . . the latest research in the use *and* application of power for leaders

To ensure maximum learning and effectiveness, a variety of Situational Leadership training aids and techniques—including lectures . . . films . . . case studies . . . instruments . . . and simulations—will be used.    **Tuition: U.S. $495 / Canadian $595**

---

**April 23-25, 1980**
ATLANTA
*with Dr. Paul Hersey*
at the Century
Center Hotel
(404) 325-0000

**May 14-16, 1980**
TORONTO
*with Dr. Kenneth Blanchard*
Valhalla Inn
(416) 239-2391

**June 11-13, 1980**
VANCOUVER, B.C.
*with Dr. Paul Hersey*
site to be announced

**July 23-25, 1980**
CALGARY
*with Dr. Paul Hersey*
site to be announced

**August 13-15, 1980**
CHICAGO
*with Dr. Paul Hersey*
Marriott, Downtown
(312) 836-0100

**Sept. 17-19, 1980**
SAN FRANCISCO
*with Dr. Paul Hersey*
at the Sheraton on
Fisherman's Wharf
(415) 362-5500

See dates for other events on facing page.

**October 29-31, 1980**
DENVER
*with Dr. Paul Hersey*
site to be announced

**Nov. 12-14, 1980**
WASHINGTON, D.C.
*with Dr. Paul Hersey*
site to be announced

**December 3-5, 1980**
DALLAS/FT. WORTH
*with Dr. Paul Hersey*
Dupont Plaza
(214) 748-8161

**SITUATIONAL LEADERSHIP CALENDAR**

Please Post

BLANCHARD0033666

CONFIDENTIAL

*About the Trainers ...*



**DR. PAUL HERSEY** has helped train over 100,000 supervisors and managers from more than 500 business and industrial organizations. He is known nationally as an educator, trainer, lecturer, and conference leader, and is presently Professor of Organizational Behavior and Management at California American University, Escondido, California. Professor Hersey is regarded as one of the outstanding authorities on training and development. In addition to his teachings, he is a consultant to industrial, government, and military organizations.



**DR. KENNETH H. BLANCHARD** is professor of leadership and organizational behavior at California American University and co-director (with Paul Hersey) of the Center for Leadership Studies. He is involved nationally and internationally in training administrators and managers in the areas of motivation, leadership, and change. Dr. Blanchard also co-authored *Management of Organizational Behavior* and *The Family Game* with Paul Hersey as well as numerous Situational Leadership training aids and instruments.



**DR. MARSHALL GOLDSMITH** is an organizational consultant and educator specializing in areas of performance appraisal, leadership, coaching, and management development. As a member of the Center for Leadership Studies, he is involved in a number of projects with Dr. Paul Hersey. Dr. Goldsmith's clients have included major multinational corporations, government organizations, hospitals, and academic institutions. He is currently involved in designing coaching programs for some of the world's largest corporations.

## ADVANCED PROGRAM IN SITUATIONAL LEADERSHIP

November 4-7, 1980—SAN DIEGO
**with Drs. Paul Hersey, Kenneth H. Blanchard, and Joseph W. Keilty**

A professional development experience for trainers, OD consultants, and managers who have completed the basic Situational Leadership seminar and who wish to focus more intensively on using Situational Leadership theory and materials in their training and work settings.

This advanced program provides an exceptional opportunity to:
- develop a more in-depth, conceptual understanding of the Situational Leadership approach and materials while developing practical strategies for their implementation
- be exposed to several new topics and applications of Situational Leadership that have not been made public before
- participate directly with the key Center for Leadership Studies staff in learning how to apply these practical training and consulting tools.

**Tuition: U.S. $695**
*All of the San Diego events will be held at California American University.
Lodging can be obtained at the Escondido Motor Hotel, (714) 747-5000.



## PERFORMANCE PLANNING, COACHING, AND REVIEW:
A Situational Leadership Approach to Development
**with Dr. Marshall Goldsmith**
May 21-23, 1980—**SAN FRANCISCO**
*at the Holiday Inn, Financial District*
August 27-29, 1980—**VANCOUVER, B.C.**
*site to be announced*

*A new seminar that integrates Situational Leadership theory, Management by Objectives, and the latest appraisal techniques*

Strategies that can result in:
- increased performance as a manager and supervisor ...
- increased employee productivity and motivation ...
- the ability to evaluate subordinates in a fair, legal manner
... a better understanding of the advantages and disadvantages of commonly used appraisal techniques

Forget the myth that there is one "best way" to evaluate performance.
Researchers have spent hundreds of hours trying to determine which system of performance appraisal works best. In this workshop, you will learn that there is no single "best way" to evaluate performance.
You will be exposed to a variety of appraisal techniques and learn to choose the technique (or combination of techniques) that fits your unique work environment. You will also learn how to design an integrative system using the best of MBO and Situational Leadership theory.

Participation in these events will provide opportunities to: Develop an understanding of how to effectively plan for top performance ... understand the legal ramifications in performance appraisal ... analyze performance problems and take appropriate remedial action ... increase your ability to give both positive and negative feedback as indicated by subordinate's performance ... diagnose different coaching situations and adapt your coaching techniques to the situation ... design an ongoing system of appraisal and coaching that fits the needs of your organization.
**Tuition: U.S. $495 / Canadian $595**

*Certification program announced*

It is now possible to receive a **two-year Certification as a qualified Situational Leadership Trainer** from the Center for Leadership Studies. To be eligible for certification, you must successfully complete three of the following four programs:
(1) Situational Leadership (Developing Leadership Skills) seminar
(2) Advanced Situational Leadership Program
(3) And either the new Performance Planning, Coaching, and Review seminar *or* the University Associates workshop on Leadership and Management Training.

BLANCHARD0033667