# EXHIBIT 5


**CENTER FOR LEADERSHIP STUDIES**
P.O. Box 1536 • 230 West Third, Escondido, CA 92025 • (714) 741-6595


May 20, 1981

Dr. Kenneth Blanchard
BlanchardTraining & Development, Inc.
2048 Aldergrove Avenue
Suite B
Escondido, CA 92025

Dear Ken:

The enclosed check applies to the $30,000.00 the Center owes you for purchase of partnership.

At this time we are paying $10,000.00 less the amount owed to the Center for materials purchased by you ($5,203.21 - see enclosed billing). This leaves you with a zero balance as of May 20, 1981.

We have also deducted from this $10,000.00 the medical/life insurance payment of $291.50 for the month of May, less car lease payment of $279.53 for May and less renewal on 1981-82 license for $131.00

```
$10,000.00 less
   5,203.21
     291.50
     279.53
     131.00
   4,094.76
```

Check for $4,094.76 enclosed.

Sincerely,

*Mary*

Mary DeLuca
Office Manager
Center for Leadership Studies

Enclosures

CONFIDENTIAL

CLS-00005443

TO: [illegible] Chula [?] Joy Leadership  
130 W. 3rd Ave.  
Escondido, CA 92025

FROM:  
**QUALITY ACCEPTANCE CORP.**  
P. O. Box 368  
Escondido, CA 92025  
(714) 745-7221

SUBJECT: Renewal of 1981-82 license fees   Date 4/7/81

MESSAGE: We have renewed your 1981-82 license fees which are due on 5/16/81. Please remit $131.00 and your tags will be mailed.

Ser # 5085633  Lic # CLS02  Ken

Signed: ll

REPLY: Car lease in May 279.53

Signed _____  Date / /

SEND PARTS 1 AND 3 WITH CARBON INTACT - PART 3 WILL BE RETURNED WITH REPLY

04-E4584[?]

CONFIDENTIAL                    CLS-00005444

# Ken Blanchard
## Billing for Materials

| Date | # | price | name of instrument or materials |
|---|---|---|---|
|  |  | 224071 | Previous Balance Due |
| 4-1 | 300 | 22500 | LEAD Other |
| 4-1 | 300 | 22500 | LEAD Scoring |
| 4-10 | 100 | 7500 | SL Summary |
| 4-17 | 100 | 7500 | Maturity Style Match - Manager |
| 4-17 | 100 | 7500 | Maturity Style Match - Staff |
| 4-17 | 100 | 7500 | Power Summary |
| 4-21 | 100 | 7500 | LEAD Self |
| 4-21 | 100 | 7500 | LEAD Other |
| 4-21 | 100 | 7500 | LEAD Scoring |
| 4-27 | 100 | 7500 | LEAD Other |
| 4-27 | 100 | 7500 | Maturity Style Match - Manager |
| 4-27 | 100 | 7500 | Maturity Style Match - Staff |
| 5-4 | 300 | 22500 | LEAD Self |
| 5-4 | 300 | 22500 | LEAD Other |
| 5-4 | 600 | 45000 | LEAD Scoring |
| 5-4 | 100 | 7500 | Maturity Style Match - Manager |
| 5-4 | 100 | 7500 | Maturity Style Match - Staff |
| 5-5 | 200 | 15000 | Colored Charts |
| 5-5 | 150 | 11250 | Maturity Style Match - Manager |
| 5-5 | 150 | 11250 | Maturity Style Match - Staff |
| 5-6 | 200 | 15000 | LEAD Scoring |
| 5-6 | 75 | 5625 | Maturity Style Match - Staff |
| 5-6 | 75 | 5625 | Maturity Style Match - Manager |
| 5-19 | 100 | 7500 | Colored Charts |
|  | Total as of 5/20/81 | 520321 | 5/20/81 |

CONFIDENTIAL

CLS-00005445

Ken Blanchard
Billing for Materials

| Date | number | price | name of instrument |
|---|---|---|---|
| 1-12 | 200 | 150.00 | LEAD Self |
| 1-12 | 200 | 150.00 | LEAD Other |
| 1-12 | 200 | 150.00 | LEAD Score |
| 1-12 | 200 | 150.00 | Colored Chart |
| 1-12 | 100 | 75.00 | POWER (org. handout) |
| 1-20 | 200 | 150.00 | LEAD Score |
| 1-20 | 200 | 150.00 | Colored Chart |
| 1-30 | 200 | 150.00 | Colored Chart |
| 1-30 | 500 | 375.00 | LEAD Other |
| 1-30 | 200 | 150.00 | LEAD Score |
|  |  | 1650.00 |  |
|  | less | 1350.00 | pd. $1350.00 prov. from CLS 2/4/81 |
|  |  |  |  |
|  | Due from abv. | 300 |  |
| 2-9 | 300 | 225 | Colored Chart |
| 2-9 | 200 | 150 | LEAD Self |
| 2-9 | 300 | 225 | LEAD Other |
| 2-9 | 400 | 300 | LEAD Score |
| 2-17 | 500 | 375 | LEAD Score |
| 2-17 | 500 | 375 | LEAD Other |
| 2-17 | 300 | 225 | LEAD Self |
| 2-17 | 300 | 225 | LEAD Colored Chart |
| 3-2 | 10 | 59.90 | Family Game books |
| 3-6 | 500 | 375.00 | LEAD Self |
| 3-6 | 500 | 375.00 | LEAD Other |
| 3-6 | 500 | 375.00 | LEAD Scoring |
| 3-6 | 500 | 375.00 | LEAD Colored Chart |
| 3-19 | 20 | 119.80 | Family Game Books |
|  |  | 4079.70 |  |
|  |  | 1838.99 | paid 4/1/81 |
|  |  | 2240.71 | Balance due |

CONFIDENTIAL

CLS-00005446