# EXHIBIT 6

ASSIGNMENT OF APPLICATION

WHEREAS Kiltey, Inc., Blanchard Training and Development, Inc. and Management and Educational Development, Inc., a partnership, of 230 West Third Avenue, Escondido, California 92025, has adopted and is using a mark for which said assignor has filed application in the United States Patent and Trademark Office for registration, Serial No. 283537; and

WHEREAS Management and Educational Development, Inc. of 230 West Third Avenue, Escondido, California, is desirous of acquiring said mark;

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, said Kiltey, Inc., Blanchard Training and Development, Inc. and Management and Educational Development, Inc., a partnership, does hereby assign unto the said Management and Educational Development, Inc. all right, title and interest in and to the said mark, together with the good will of the business symbolized by the mark, and the above identified application for registration of said mark.

The Commissioner of Patents and Trademarks is requested to issue the certificate of registration to said assignee.

    KILTEY, INC., BLANCHARD TRAINING AND DEVELOPMENT, INC., and MANAGEMENT AND EDUCATIONAL DEVELOPMENT, INC., a partnership

    By _____
    Paul Hersey
    Managing Partner & Executive Director

CONFIDENTIAL

CLS-00000521

STATE OF CALIFORNIA   )
                      )  ss.
COUNTY OF SAN DIEGO   )

On this _19_ day of February, 1982, before me appeared Paul Hersey, the person who signed this instrument, who acknowledged that he signed it as a free act on behalf of the identified partnership and had authority to do so.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MARGERY F ALLEN
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My comm. expires JUL 22, 1983

CONFIDENTIAL
CLS-00000522