EXHIBIT 24



FORM PTO-685
(REV. 2-75)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

RES. NO.
SER. NO. 1372474

**ASSIGNMENTS**

☑ No previous assignments of record as of 4/13/86

☐ See Title Record for ownership information prior to this record

```
SERIAL NUMBER:   73505693              DATE FILED      :  10/26/1984
REGISTRATION NUMBER:   1372474         DATE REGISTERED:  11/26/1985
REEL:   0522      FRAME:   0693        DATE RECORDED   :  04/14/1986
STATUS:   RECORDED DOCUMENT            DATE IN SYSTEM  :  00/00/0000
NUMBER OF PAGES:   002                 DATE KEYED      :  00/00/0000
MARK:   SITUATIONAL LEADERSHIP         DATE MAILED     :  00/00/0000
REGISTRANT:   MANAGEMENT AND EDUCATIONAL DEVELOPMENT,

ASSIGNOR:   MANAGEMENT AND EDUCATIONAL DEVELOPMENT,   DATE SIGNED   :00/00/0000
              INC.
ADDRESS :   230 WEST THIRD AVE.
              ESCONDIDO, CA  92025           DATE ACKNOWLD:04/03/1986
ENTITY   :   CORPORATION
CITIZENSHIP:   OHIO

ASSIGNEE:   LEADERSHIP STUDIES
ADDRESS :   230 WEST THIRD AVE.
              ESCONDIDO, CA  92025
ENTITY   :   CORPORATION
PRESS XMIT LINE TO CONTINUE.
TO PERFORM ANOTHER SEARCH ENTER THE TRANSACTION CODE AND SEARCH
STRATEGY HERE:
              TM ASSIGNMENT REGISTRATION NUMBER QUERY (CONT)

SERIAL NUMBER:   73505693              DATE FILED      :  10/26/1984
REGISTRATION NUMBER:   1372474         DATE REGISTERED:  11/26/1985
REEL:   0522      FRAME:   0693        DATE RECORDED   :  04/14/1986
STATUS:   RECORDED DOCUMENT            DATE IN SYSTEM  :  00/00/0000
NUMBER OF PAGES:   002                 DATE KEYED      :  00/00/0000
MARK:   SITUATIONAL LEADERSHIP         DATE MAILED     :  00/00/0000
CITIZENSHIP:   CALIFORNIA
BRIEF:   ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
```

CLS-00015122

Int. Cls.: 16 and 41

Prior U.S. Cls.: 21, 22, 38 and 107

**Reg. No. 1,372,474**

## United States Patent and Trademark Office  Registered Nov. 26, 1985

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## SITUATIONAL LEADERSHIP

MANAGEMENT AND EDUCATIONAL DE-VELOPMENT, INC. (OHIO CORPORATION)
230 WEST THIRD AVENUE
ESCONDIDO, CA 92025

FOR: EDUCATIONAL KITS FOR IMPROV-ING MANAGEMENT SKILLS AND EMPLOY-EE PRODUCTIVITY, PRIMARILY COMPOSED OF TRAINING MANUALS, VIDEO TAPES, PAMPHLETS, AND A BOARD GAME USED AS AN EXPERIENCE SIMULATOR, IN CLASS 16 (U.S. CLS. 21, 22 AND 38).

FIRST USE 2-1-1967; IN COMMERCE 2-1-1967.
FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTINGSEMINARS IN THE FIELD OF MANAGEMENT SKILLS, IN CLASS 41 (U.S. CL. 107).
FIRST USE 2-1-1967; IN COMMERCE 2-1-1967.
SEC. 2(F).

SER. NO. 505,693, FILED 10-26-1984.

HENRY S. ZAK, EXAMINING ATTORNEY

CLS-00015123



505653

INT. CL.
16 / 41
38 / 107

COMBINED –

| | |
|---|---|
| Applicant: | MANAGEMENT AND EDUCATIONAL DEVELOPMENT, INC., an Ohio corporation |
| Address: | 230 West Third Avenue<br>Escondido, California 92025 |
| First Use: | February 1, 1967 |
| In Commerce: | February 1, 1967 |
| Goods and Services: | Educational kits for improving management skills and employee productivity, primarily composed of training manuals, videotapes, pamphlets, and a board game used as an experience simulator; and educational services, namely, conducting seminars in the field of management skills |

SITUATIONAL LEADERSHIP

REGISTERED
NOV 26 1985
PAT.&T.M.OFFICE

PUBLISHED
SEP 1 7 1985

1372474

4

CLS-00015124



505093



COMBINED -

| | |
|---|---|
| Applicant: | MANAGEMENT AND EDUCATIONAL DEVELOPMENT, INC., an Ohio corporation |
| Address: | 230 West Third Avenue<br>Escondido, California 92025 |
| First Use: | February 1, 1967 |
| In Commerce: | February 1, 1967 |
| Goods and Services: | Educational kits for improving management skills and employee productivity, primarily composed of training manuals, videotapes, pamphlets, and a board game used as an experience simulator; and educational services, namely, conducting seminars in the field of management skills |

SITUATIONAL LEADERSHIP

4

CLS-00015125



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.   1372474          SERIAL NO. 73/505693          PAPER NO.
                                                                  MAILING DATE:  11/13/91

MARK: SITUATIONAL LEADERSHIP

REGISTRANT:  LEADERSHIP STUDIES

CORRESPONDENCE ADDRESS:
WELTON B. WHANN
HARNESS, DICKEY & PIERCE
890 BANK OF AMERICAS PLAZA
450 B STREET
SAN DIEGO, CA  92101

Please furnish the following
in all correspondence:

1. Your phone number and zip code.
2. Mailing date of this action.
3. Assistant/renewal examiner's name.
4. The address of all correspondence
   not containing fees should include
   the words "Box 5".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

FRANCES A. PROHL
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 308-9500  EXT. 37

CLS-00015126





### DECLARATION UNDER SECTIONS 8 & 15

### OF THE TRADEMARK ACT OF 1946

Mark:  SITUATIONAL LEADERSHIP

Classes:  16 and 41

Registration No.:  1,372,474

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

ALEXANDER J. OGG, JR. declares that he is the President of LEADERSHIP STUDIES, a California corporation, having a place of business at 230 West Third Avenue, Escondido, California 92025, and that he is authorized to make this Declaration on behalf of said corporation; that said corporation owns Registration No. 1,372,474 dated November 26, 1985, as shown by the Patent and Trademark Office records; that the mark shown therein has been in continuous use in interstate commerce for five (5) consecutive years from November 26, 1985 to the present in connection with the following goods recited in the Registration: "EDUCATIONAL KITS FOR IMPROVING MANAGEMENT SKILLS AND EMPLOYEE PRODUCTIVITY, PRIMARILY COMPOSED OF TRAINING MANUALS, VIDEO TAPES, PAMPHLETS, AND A BOARD GAME USED AS AN EXPERIENCE SIMULATOR, IN CLASS 16" and the following services recited in the Registration:  "EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS IN THE FIELD OF MANAGEMENT SKILLS, IN CLASS 41"; that the mark is still in use in interstate commerce in the form shown on the attached specimens; that there has been no final decision adverse to Registrant's claim of ownership of said mark to its right to register the same or maintain it on the Register; that there is no proceeding involving any of said rights pending

050 LP 06/11/91 1372474                           0 311      400.00 CK

CLS-00015127

and not disposed of either in the Patent and Trademark Office or in the courts; that all statements made herein on information and belief are believed to be true; and, further, that these statements were made with knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of this Declaration for any action resulting therefrom.

Registrant hereby appoints Welton B. Whann of the firm of Harness, Dickey & Pierce, 890 Bank of America Plaza, 450 "B" Street, San Diego, California 92101, a member of the Bar of the State of California, to prosecute this Declaration, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the acceptance notice.

LEADERSHIP STUDIES

DATED: 5/2/91

By: _Alexander J. Ogg_
Alexander J. Ogg, Pd.
President

CLS-00015128



CLS-00015129



CLS-00015130



## SITUATIONAL LEADER TOOL KIT

Each participant in a classic Situational Leadership workshop will receive a "fully tooled" application package. Managers walk away with a comprehensive plan for transforming themselves into leaders and coaches. Each participant receives a full application package:

* Training Manual

* Personal Leadership Style Feedback

* Diagnostic Skill Activities

* Leader Action Plan

## IN-COMPANY SOLUTIONS

In addition to public training sessions, train-the-trainer seminars are available. A comprehensive seminar Leader Administration Kit includes:

* Fast-paced instructional video

* Tools to apply concepts to realistic work situations

* Self assessment tools to analyze current comprehension and performance

* Simulations for skill testing

* Additional visual aids

* Back-up trainer reference video

* Structural Seminar Leader's Guide

**LEADERSHIP STUDIES**

230 West First Avenue
Escondido
California 60700
Phone: (619) 741-6595
Fax: (619) 741-8208

International 417, WTC
53/37 F/F Amphe Napi
The Netherlands
Phone: 31-20-6790431
Fax: 31-20-6795891

CLS-00015131



# SITUATIONAL LEADERSHIP®

## A Summary

Developed by Paul Hersey



Over the last few decades, people in the field of management have been involved in a search for a "best" style of leadership. Yet, the evidence from research clearly indicates that there is no single all-purpose leadership style. Successful leaders are those who can adapt their behavior to meet the demands of their own unique situation.

## SITUATIONAL LEADERSHIP® MODEL

A Situational Leadership® Model helpful to managers in diagnosing the demands of their situation has been developed as a result of extensive research. This model is based on the amount of direction (task behavior) and the amount of socioemotional support (relationship behavior) a leader must provide given the situation and the level of "readiness" of the follower or group.

### Task Behavior and Relationship Behavior

The recognition of task and relationship as two critical dimensions of a manager's behavior has been an important part of management research over the last several decades. These two dimensions have been given various labels ranging from "autocratic" and "democratic," to "employee oriented" and "production oriented."

For some time, it was believed that task and relationship behaviors were different styles of leadership and, therefore, could be represented on a single continuum, moving from very authoritarian leader behavior (task) at one end to very participative leader behavior (relationship) at the other end.

In more recent years, the idea that task and relationship behaviors were either/or leadership styles has been disproved. In particular, extensive leadership studies at Ohio State University questioned this assumption and showed that other assumptions were more reasonable and would lead to more useful theories of leadership.

By spending time actually observing the behavior of leaders in a wide variety of situations, the Ohio State staff found that they could clearly group most of the activities of leaders into two distinct and different behavioral categories or dimensions. They named these two dimensions "Initiating Structure" (task behavior) and "Consideration" (relationship behavior). These two dimensions can be defined in the following way.

Task behavior is the extent to which a leader engages in one-way communication by explaining what each follower is to do as well as when, where, and how tasks are to be accomplished.

Relationship behavior is the extent to which a leader engages in two-way communication by providing socioemotional support, "psychological strokes," and facilitating behaviors.

In the leadership studies mentioned, the Ohio State staff found that leadership styles tended to vary considerably. The behavior of some leaders was characterized mainly by structuring activities for their followers in terms of task accomplishment, while other leaders concentrated on providing socioemotional support in terms of personal relationships between themselves and their followers. Still other leaders had styles characterized by both high-task and high-relationship behavior. These were even some leaders whose behavior tended to provide little task or socioemotional support for their followers. No dominant style of leadership emerged. Instead, a wide range of leaders working in many different work settings. Instead, various combinations were evident. These combined patterns of leader behavior can be plotted on two separate and distinct axes as shown in Figure 1.



Figure 1. Four basic leader behavior styles

Since research in the past several decades has clearly confirmed the contention that there is no "best style of leadership," any of the four basic styles shown in Figure 1 may be effective or ineffective depending on the situation in which it is being applied.

Situational Leadership® is based on an interplay among (1) the amount of direction (task behavior) a leader gives, (2) the amount of socioemotional support (relationship behavior) a leader provides, and (3) the readiness level that followers exhibit on a specific task, function, activity, or objective that the leader is attempting to accomplish through the individual or group (follower).

Copyright © 1976 - 1981 Leadership Studies, Inc. All rights reserved.







CLS-00015133



Figure 4. Situational Leadership®



ISBN 0-88390-263-X

CLS-00015134

**HARNESS, DICKEY & PIERCE**

ATTORNEYS AND COUNSELORS

800 BANK OF AMERICA PLAZA

450 B STREET

SAN DIEGO, CALIFORNIA 92101

(619) 238-4122

TELEFACSIMILE (619) 238-0970

June 4, 1991

**VIA HAND DELIVERY**

Honorable Commissioner of
Patents and Trademarks
Washington, D. C.   20231

    Re:  Declaration Under Sections 8 & 15
          U.S. Reg. No. 1,372,471 – "SITUATIONAL LEADERSHIP"
          Our File No. 3855-20005

Dear Sir:

    Enclosed are the following in connection with the above-referenced Declaration:

1.    Sections 8 & 15 Declaration;

2.    One (1) specimen of the mark for Class 16 and one (1) specimen of the mark for Class 41;

3.    Check for $400.00 to cover filing fees; and,

4.    Postal card for acknowledgement of receipt.

    Thank you for your assistance in this matter.

        Sincerely,

        HARNESS, DICKEY & PIERCE

        Welton B. Whann

WBW/csk
Enclosures

CLS-00015135



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:                      2. Mark:
   73/505,693                          SITUATIONAL LEADERSHIP

3. Applicant:                                      4. Publication Date:
   MANAGEMENT AND EDUCATIONAL DEVELOPMENT,            SEP. 17, 1985
   INC.

The mark of the application above identified appears to be entitled to registration. The
mark will, in accordance with Section 12(a) of the Trademark Act of 1946, be
published in the Official Gazette on the date indicated above for the purpose of
opposition by any person who believes he will be damaged by the registration of the
mark. If no opposition is filed within the time specified by Section 13 of the Statute or
by rules 2.101 and 2.102 of the Trademark Rules, the Commissioner of Patents and
Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the
mark may be obtained at $5.00 each for domestic orders, or at $6.25 each
for foreign orders from:

                        The Superintendent of Documents
                        U.S. Government Printing Office
                        Washington, D.C. 20402

By direction of the Commissioner.

5. Send correspondence to:

WELTON B. WHANN
11051 VIA FRONTERA
SAN DIEGO, CALIFORNIA 92127

CLS-00015136

AMENDMENT TYPE                                                                    CODE

Applicant Address..................................... PY/AI
Applicant Name........................................ PY/PN
Amended Register...................................... AP
Assignment/Name Change Statement...................... NC
Attorney Name......................................... AT/CD
Certification Statement............................... CS
Citizenship of Applicant.............................. PY
Composed of Statement................................. CO
Concurrent Use Statement.............................. CU
Correspondence Name and Address....................... CD
Date Amended Register................................. AM
Dates of Use.......................................... CL
DBA Statement......................................... DB
Description of Mark Statement......................... DM
Disclaimer............................................ DI
Domestic Representative............................... DR
Entity of Applicant................................... PY/EN
Filing Date........................................... AM
Foreign Registration Data............................. FN
Goods and Services.................................... CL/GS
Interference Statement................................ IN
International Class.................................... CL
Lining and Stippling Statement........................ LS
Mark Drawing Code..................................... ME
Mark Type............................................. AM
Name/Portrait Description Statement................... ND
Order Restricting Scope or Claim of Registration. OR
Prior U.S. Registrations.............................. PR
Section 2(f).......................................... AM
Section 2(f) in Part.................................. AX
Section 2(f) Limitation Statement..................... TF
Translation Statement................................. TR
U.S. Class............................................ CL
Use in Another Form Statement......................... AF

CLS-00015137

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | MANAGEMENT AND EDUCATIONAL DEVELOPMENT, INC. |
| Serial No.: | 73/505693 |
| Mark: | SITUATIONAL LEADERSHIP |
| Filing Date: | October 26, 1984 |
| Examiner: | Henry Zak |
| Law Office: | I |
| Mailing Date of Office Action: | January 8, 1985 |
| Attorney for Applicant: | WELTON B. WHANN, Esq.<br>11031 Via Frontera<br>San Diego, California 92127<br>(619) 695-0360 |

AMENDMENT

Honorable Commissioner of Patents and Trademarks
Trademark Examining Operation
Box 5
Washington, D.C. 20231

Sir:

Responsive to the Official Action of January 8, 1985, please amend the above-identified Multi-Class Application as follows:

IN THE APPLICATION:

Page 1, line 22, delete the words "established by" and insert the phrase "in accordance with Section 2(f) of"

Page 1, after line 26, insert, "The mark is claimed to have become distinctive of the Applicant's goods and services which may lawfully be regulated by Congress through substantially exclusive and continuous use as a mark by Applicant in commerce among the several states for the five years next preceding the date of the filing of this application.

1   ~~Application~~."

2        Page 1, line 29, delete the word "advertisements" and

3   substitute the phrase "advertising material"

4

5                                REMARKS

6        The Examiner has rejected Applicant's specimens related

7   to its services identified in the Application on the ground

8   that such specimens do not show use of the mark for such

9   services.  Accordingly, Applicant has submitted five identical

10  substitute specimens showing the use of the mark for the

11  identified services.  Applicant has also submitted a

12  Declaration attesting that the substitute specimens were in

13  use at least as early as the filing date of the Application.

14  Applicant has also amended the affixation clause in the

15  Application to accurately reflect the type of use evidenced

16  by the substitute specimens.

17        The Examiner has refused registration on the ground that

18  the mark is merely descriptive as applied to Applicant's goods

19  and services.  In accordance with Rule 2.41(b), Applicant has

20  amended its Application to convert it to an Application for

21  registration on the Principal Register pursuant to the

22  provisions of 15 U.S.C. § 1052(f).  Applicant commenced the

23  use of its mark more than 17 years prior to the filing date of

24  the Application, and the statement now in the Application must

25  be considered to have been submitted under oath, constituting

26  prima facie evidence of distinctiveness.

27        The Examiner has noted that his search of the Office

28  registration records reveals that there is no registered mark

29  which so resembles Applicant's mark, when applied to the goods

30  and services, as to be likely to cause confusion, or to cause

31  mistake, or deceive.  The Applicant having provided substitute

32  specimens, having amended the Application to reflect the

                                -2-

1   substitution of specimens, and having further amended the

2   Application to convert it into a § 2(f) application,

3   supported by appropriate evidence of secondary meaning, it is

4   respectfully submitted that the Application is in condition to

5   be passed to publication, and such is respectfully requested.

6   DATED:  July 8, 1985          MANAGEMENT AND EDUCATIONAL
                                  DEVELOPMENT, INC.

7

8

9                         By: _Welton B. Whann_
                              WELTON B. WHANN
10                            Attorney for Applicant

11  11031 Via Frontera
    San Diego, California 92127
12  (619) 695-0360

13

14

15                    CERTIFICATE OF MAILING

16

17       I hereby certify that this correspondence is being

18  deposited with the United States Postal Service as first class

19  mail in an envelope addressed to:  Commissioner of Patents and

20  Trademarks, Trademark Examining Division, Box 5, Washington,

21  D.C., 20231 on July 8, 1985.

22

23

24  WELTON B. WHANN

25

26  _Welton B. Whann_

27  DATED:  _July 8, 1985_

28

29

30

31

32                              -3-



1        IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

2

3

4   Applicant:        MANAGEMENT AND EDUCATIONAL DEVELOPMENT, INC.

5   Serial No.:       73/505693

6   Mark:             SITUATIONAL LEADERSHIP

7   Filing Date:      October 26, 1984

8   Examiner:         Henry Zak

9   Law Office:       I

10  Mailing Date of
    Office Action:    January 8, 1985
11
    Attorney for      WELTON B. WHANN, Esq.
12  Applicant:        11031 Via Frontera
                      San Diego, California 92127
13                    (619) 695-0360

14

15              DECLARATION OF PAUL HERSEY

16

17  Honorable Commissioner of Patents and Trademarks
    Trademark Examining Operation
18  Box 5
    Washington, D.C. 20231
19

20       The undersigned, PAUL HERSEY, declares:

21

22       I am president of applicant, MANAGEMENT AND EDUCATIONAL

23  DEVELOPMENT, INC. (hereinafter "MED"), an Ohio corporation

24  with its principal place of business at 230 West Third Avenue,

25  Escondido, California, 92025, and I am authorized to execute

26  this Declaration on behalf of said corporation.

27       As president of MED, I am familiar with the promotion

28  of MED's products and services to customers and potential

29  customers, including advertising and promotional expenditures.

30  I am also familiar with all aspects of MED's business

31  activities which involve the use of the service mark

32  SITUATIONAL LEADERSHIP.

CLS-00015141

The mark SITUATIONAL LEADERSHIP has been prominently
displayed in promotional materials and magazines relating to
personnel and management, such as TRAINING AND DEVELOPMENT
JOURNAL, TRAINING Magazine, and PERSONNEL Magazine. Annexed
as Exhibits A and B are true copies of advertisements
including the mark SITUATIONAL LEADERSHIP which appeared
in TRAINING AND DEVELOPMENT JOURNAL and PERSONNEL Magazine,
respectively. Annexed as Exhibits C, D, E, F, and G are true
and complete copies of advertising brochures incorporating the
mark SITUATIONAL LEADERSHIP.

Actual expenditures on advertising and sales promotion
embodying the mark SITUATIONAL LEADERSHIP were at least
$800,000.00 from 1978 to the present time.

From 1967 to date, the mark SITUATIONAL LEADERSHIP
has been used as a service mark in training and development
seminars presented to more than 1,000,000 supervisors and
managers from more than 500 businesses and industrial
organizations.

For the period January 1, 1979, through December 31,
1984, revenues derived from the presentation of seminars under
the mark SITUATIONAL LEADERSHIP and the sale of training
manuals, videotapes, pamphlets and board games bearing the
mark SITUATIONAL LEADERSHIP have exceeded $12 million.

All statements made herein of my own knowledge are
true, and all statements made upon information and belief are
believed to be true, and further, these statements are made
with the knowledge that willful, false statements and the like
so made are punishable by fine or imprisonment, or both, under
Section 1001 of Title 18, United States Code, and that such
willful, false statements may jeopardize the validity of the

-2-



1    application or any document or any registration resulting
2    therefrom.
3
4    DATED:  July 8, 1985
5
6                                         FRED IRERSEN
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

                              -3-

CLS-00015143



CERTIFICATE OF MAILING

1
2
3       I hereby certify that this correspondence is being
4  deposited with the United States Postal Service as first class
5  mail in an envelope addressed to:  Commissioner of Patents and
6  Trademarks, Trademark Examining Division, Box 5, Washington,
7  D.C., 20231 on July 8, 1985.
8
9
10  WELTON B. WHANN
11
12  _Welton B. Whann_
13  DATED:  _July 8, 1985_
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

-4-

CLS-00015144

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

1

2

3

4   Applicant:           MANAGEMENT AND EDUCATIONAL DEVELOPMENT, INC.

5   Serial No.:          73/505693

6   Mark:                SITUATIONAL LEADERSHIP

7   Filing Date:         October 26, 1984

8   Examiner:            Henry Zak

9   Law Office:          I

10  Mailing Date of
    Office Action:       January 8, 1985

11  Attorney for         WELTON B. WHANN, Esq.
12  Applicant:           11031 Via Frontera
                         San Diego, California 92127
13                       (619) 695-0360

14

15                  DECLARATION OF SUZANNE C. HERSEY

16

17  Honorable Commissioner of Patents and Trademarks
    Trademark Examining Operation
18  Box 5
    Washington, D.C. 20231
19

20       I, SUZANNE C. HERSEY, declare as follows:

21

22       I am Secretary/Treasurer of the applicant corporation,

23  and I am authorized to execute this Declaration on behalf of

24  said corporation.

25       Accompanying this Declaration are five (5) identical

26  advertisements for Applicant's educational services, namely,

27  conducting seminars in the field of management skills.

28  These advertisements were in existence and in use prior to

29  October 26, 1984.

30       UNIVERSITY ASSOCIATES, INC., the name of the entity

31  appearing on the advertisements, functions as the distributor

32  of goods and services sold by Applicant under the mark

CLS-00015145

1  SITUATIONAL LEADERSHIP.  Applicant has the right to approve
2  all advertisements prepared by and circulated by UNIVERSITY
3  ASSOCIATES, INC., bearing the mark SITUATIONAL LEADERSHIP, and
4  Applicant in fact did approve the accompanying advertisements
5  before they were printed and circulated.
6      I, SUZANNE C. HERSEY, hereby state that all statements
7  made herein of my own knowledge are true, and all statements
8  made on information and belief are believed to be true; and
9  further, that these statements are made with the knowledge
10 that willful, false statements and the like so made are
11 punishable by fine or imprisonment or both, under § 1001 of
12 Title 18 of the United States Code, and that such willful,
13 false statements may jeopardize the validity of any
14 registration granted on the instant Application.
15
16 DATED:  July 8, 1985
17
18                                    SUZANNE C. HERSEY
19
20
21                  CERTIFICATE OF MAILING
22      I hereby certify that this correspondence is being
23 deposited with the United States Postal Service as first class
24 mail in an envelope addressed to:  Commissioner of Patents and
25 Trademarks, Trademark Examining Division, Box 5, Washington,
26 D.C., 20231 on July 8, 1985.
27
28 WELTON B. WHANN
29
30 _____
31 DATED:  July 8, 1985
32

                              -2-



CLS-00015147





# THE SITUATIONAL LEADER:

## The Other 59 Minutes

### By Dr. Paul Hersey

CLS-00015148



## TRAINING PROGRAMS

### Situational Leadership: Developing Leadership Skills
with Dr. Paul Hersey

### Advanced Program in Situational Leadership
with Dr. Paul Hersey



### The Essentials of Situational Leadership (ESL)





CLS-00015149

## TRAINING PROGRAMS

### A Situational Approach to Performance Planning, Coaching, and Evaluation

with Dr. Paul Hersey



**Training Designs & Methods for Effective Leadership Training**

### Situational Parenting: An Approach to Effective Relationships with Children

## TRAINING PROGRAMS

### Educational Administration and Classroom Management: A Situational Approach

CLS-00015150



Turn to page 8 for Dr. Hersey's latest book--The Situational Leader!

CLS-00015151

CLS-00015152

## BOOKS

### Management of Organizational Behavior

### Organizational Change Through Effective Leadership

### A Peek at PERT

CLS-00015153





FEEDBACK INSTRUMENTS

FEEDBACK INSTRUMENTS





CLS-00015155

The Situational Leadership® Approach
to Effective Parenting

The Power Tested and Hypothetical Guide to Effective Situational Leadership®

## VIDEO & LEARNING AIDS


### SITUATIONAL PARENTING



**Situational
Leadership®
(Film or Video)**



**Situational
Leadership® Poster**

**Situational
Leadership®
Simulator**



**Situational
Leadership®
Poster Handout**

The Family Game

Situational Parenting
Trainer's Kit

Situational Parenting
Instrumentation
Sampler

Situational Parenting
Introductory Package

Maturity Style Match
Parent/Son or Daughter

Parent
LeadScan

CLS-00015156



CLS-00015157

CLS-00015158




CLS-00015159



CLS-00015160

CLS-00015161



The Essentials of
Situational Leadership™

The Essentials of Situational
Leadership™





CLS-00015162





CLS-00015163

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:        MANAGEMENT AND EDUCATIONAL DEVELOPMENT, INC.

Serial No.:       73/505693

Mark:             SITUATIONAL LEADERSHIP

Filing Date:      October 26, 1984

Examiner:         Henry Zak

Law Office:       I

Mailing Date of
Office Action:    January 8, 1985

Attorney for      WELTON B. WHANN, Esq.
Applicant:        11031 Via Frontera
                  San Diego, California 92127
                  (619) 695-0360

DECLARATION OF SUZANNE C. HERSEY

Honorable Commissioner of Patents and Trademarks
Trademark Examining Operation
Box 5
Washington, D.C. 20231

I, SUZANNE C. HERSEY, declare as follows:

I am Secretary/Treasurer of the applicant corporation,
and I am authorized to execute this Declaration on behalf of
said corporation.

Accompanying this Declaration are five (5) identical
advertisements for Applicant's educational services, namely,
conducting seminars in the field of management skills.
These advertisements were in existence and in use prior to
October 26, 1984.

UNIVERSITY ASSOCIATES, INC., the name of the entity
appearing on the advertisements, functions as the distributor
of goods and services sold by Applicant under the mark

CLS-00015164

1    SITUATIONAL LEADERSHIP. Applicant has the right to approve

2    all advertisements prepared by and circulated by UNIVERSITY

3    ASSOCIATES, INC., bearing the mark SITUATIONAL LEADERSHIP, and

4    Applicant in fact did approve the accompanying advertisements

5    before they were printed and circulated.

6        I, SUZANNE C. HERSEY, hereby state that all statements

7    made herein of my own knowledge are true, and all statements

8    made on information and belief are believed to be true; and

9    further, that these statements are made with the knowledge

10    that willful, false statements and the like so made are

11    punishable by fine or imprisonment or both, under § 1001 of

12    Title 18 of the United States Code, and that such willful,

13    false statements may jeopardize the validity of any

14    registration granted on the instant Application.

15

16    DATED:  July 8, 1985

17

18                             SUZANNE C. HERSEY

19

20

21                  CERTIFICATE OF MAILING

22        I hereby certify that this correspondence is being

23    deposited with the United States Postal Service as first class

24    mail in an envelope addressed to:  Commissioner of Patents and

25    Trademarks, Trademark Examining Division, Box 5, Washington,

26    D.C., 20231 on July 8, 1985.

27

28    WELTON B. WHANN

29

30    

31    DATED:  July 8, 1985

32

-2-

*T.M.*

THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | MANAGEMENT AND EDUCATIONAL DEVELOPMENT, INC. |
| Serial No.: | 73/505693 |
| Mark: | SITUATIONAL LEADERSHIP |
| Filing Date: | October 26, 1984 |
| Examiner: | Henry Zak |
| Law Office: | I |
| Mailing Date of Office Action: | January 8, 1985 |
| Attorney for Applicant: | WELTON B. WHANN, Esq.<br>11031 Via Frontera<br>San Diego, California 92127<br>(619) 695-0360 |

## AMENDMENT

Honorable Commissioner of Patents and Trademarks
Trademark Examining Operation
Box 5
Washington, D.C. 20231

Sir:

Responsive to the Official Action of January 8, 1985, please amend the above-identified Multi-Class Application as follows:

IN THE APPLICATION:

Page 1, line 22, delete the words "established by" and insert the phrase "in accordance with Section 2(f) of"

Page 1, after line 26, insert, "The mark is claimed to have become distinctive of the Applicant's goods and services which may lawfully be regulated by Congress through substantially exclusive and continuous use as a mark by Applicant in commerce among the several states for the five years next preceding the date of the filing of this

CLS-00015166

Application."

Page 1, line 29, delete the word "advertisements" and substitute the phrase "advertising material"

## REMARKS

The Examiner has rejected Applicant's specimens related to its services identified in the Application on the ground that such specimens do not show use of the mark for such services. Accordingly, Applicant has submitted five identical substitute specimens showing the use of the mark for the identified services. Applicant has also submitted a Declaration attesting that the substitute specimens were in use at least as early as the filing date of the Application. Applicant has also amended the affixation clause in the Application to accurately reflect the type of use evidenced by the substitute specimens.

The Examiner has refused registration on the ground that the mark is merely descriptive as applied to Applicant's goods and services. In accordance with Rule 2.41(b), Applicant has amended its Application to convert it to an Application for registration on the Principal Register pursuant to the provisions of 15 U.S.C. § 1052(f). Applicant commenced the use of its mark more than 17 years prior to the filing date of the Application, and the statement now in the Application must be considered to have been submitted under oath, constituting prima facie evidence of distinctiveness.

The Examiner has noted that his search of the Office registration records reveals that there is no registered mark which so resembles Applicant's mark, when applied to the goods and services, as to be likely to cause confusion, or to cause mistake, or deceive. The Applicant having provided substitute specimens, having amended the Application to reflect the

-2-

CLS-00015167

substitution of specimens, and having further amended the
Application to convert it into a § 2(F) application,
supported by appropriate evidence of secondary meaning, it is
respectfully submitted that the Application is in condition to
be passed to publication, and such is respectfully requested.

DATED:   July 8, 1985          MANAGEMENT AND EDUCATIONAL
                               DEVELOPMENT, INC.


                          By: _Welton B Whann_____
                              WELTON B. WHANN
                              Attorney for Applicant

11031 Via Frontera
San Diego, California 92127
(619) 695-0360



                      CERTIFICATE OF MAILING


        I hereby certify that this correspondence is being
deposited with the United States Postal Service as first class
mail in an envelope addressed to:  Commissioner of Patents and
Trademarks, Trademark Examining Division, Box 5, Washington,
D.C., 20231 on July 8, 1985.




WELTON B. WHANN


    _Welton B Whann_____

DATED:   _July 8 1985_____



                              -3-

CLS-00015168

1   IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

2

3

4   Applicant:          MANAGEMENT AND EDUCATIONAL DEVELOPMENT, INC.

5   Serial No.:         73/505693

6   Mark:               SITUATIONAL LEADERSHIP

7   Filing Date:        October 26, 1984

8   Examiner:           Henry Zak

9   Law Office:         I

10  Mailing Date of
    Office Action:      January 8, 1985

11
    Attorney for        WELTON B. WHANN, Esq.
12  Applicant:          11031 Via Frontera
                        San Diego, California 92127
13                      (619) 695-0160

14

15              DECLARATION OF PAUL HERSEY

16

17  Honorable Commissioner of Patents and Trademarks
    Trademark Examining Operation
18  Box 5
    Washington, D.C. 20211
19

20       The undersigned, PAUL HERSEY, declares:

21

22       I am president of applicant, MANAGEMENT AND EDUCATIONAL

23  DEVELOPMENT, INC. (hereinafter "MED"), an Ohio corporation

24  with its principal place of business at 230 West Third Avenue,

25  Escondido, California, 92025, and I am authorized to execute

26  this Declaration on behalf of said corporation.

27       As president of MED, I am familiar with the promotion

28  of MED's products and services to customers and potential

29  customers, including advertising and promotional expenditures.

30  I am also familiar with all aspects of MED's business

31  activities which involve the use of the service mark

32  SITUATIONAL LEADERSHIP.

CLS-00015169

1      The mark SITUATIONAL LEADERSHIP has been prominently

2 displayed in promotional materials and magazines relating to

3 personnel and management, such as TRAINING AND DEVELOPMENT

4 JOURNAL, TRAINING Magazine, and PERSONNEL Magazine. Annexed

5 as Exhibits A and B are true copies of advertisements

6 including the mark SITUATIONAL LEADERSHIP which appeared

7 in TRAINING AND DEVELOPMENT JOURNAL and PERSONNEL Magazine,

8 respectively. Annexed as Exhibits C, D, E, F, and G are true

9 and complete copies of advertising brochures incorporating the

10 mark SITUATIONAL LEADERSHIP.

11      Actual expenditures on advertising and sales promotion

12 embodying the mark SITUATIONAL LEADERSHIP were at least

13 $800,000.00 from 1978 to the present time.

14      From 1967 to date, the mark SITUATIONAL LEADERSHIP

15 has been used as a service mark in training and development

16 seminars presented to more than 1,000,000 supervisors and

17 managers from more than 500 businesses and industrial

18 organizations.

19      For the period January 1, 1979, through December 31,

20 1984, revenues derived from the presentation of seminars under

21 the mark SITUATIONAL LEADERSHIP and the sale of training

22 manuals, videotapes, pamphlets and board games bearing the

23 mark SITUATIONAL LEADERSHIP have exceeded $12 million.

24      All statements made herein of my own knowledge are

25 true, and all statements made upon information and belief are

26 believed to be true, and further, these statements are made

27 with the knowledge that willful, false statements and the like

28 so made are punishable by fine or imprisonment, or both, under

29 Section 1001 of Title 18, United States Code, and that such

30 willful, false statements may jeopardize the validity of the

31

32

-2-

CLS-00015170

1  application or any document or any registration resulting
2  therefrom.
3
4  DATED:  July 8, 1985
5
6                                        PAUL HERSEY
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

-3-

CLS-00015171



## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:  Commissioner of Patents and Trademarks, Trademark Examining Division, Box 5, Washington, D.C., 20231 on July 8, 1985.

WELTON B. WHANN

Welton B. Whann

DATED:  July 8, 1985

-4-

CLS-00015172

U.S. DEPARTMENT OF COMMERCE – Patent and Trademark Office

IN REPLY REFER TO THE FOLLOWING AND THE FILING DATE:

| SERIAL NO. | APPLICANT | Paper No. |
|---|---|---|
| 73/505693 | MANAGEMENT AND EDUCATIONAL DEVELOPMENT, ETC | ADDRESS: |

MARK

SITUATIONAL LEADERSHIP

| ADDRESS | | |
|---|---|---|
| WELTON B. WHANN | ACTION NO. | |
| 11031 VIA FRONTERA | 01 | |
| SAN DIEGO, CALIFORNIA 92127 | MAILING DATE | |
| | 01/08/85 | |

ADDRESS:
Commissioner of
Patents and
Trademarks
Washington, DC
20231

The address of
all correspondence
not containing fee
payments should
include the word
"Box 5."

FORM PTO-1525 (2-84)    U.S. DEPT. OF COMM. PAT. & TM OFFICE

Also furnish: (1) Serial number of application, (2) The mark, (3) Examining
Attorney's name and Law Office number, (4) Mailing date of this action, and
(5) Applicant's name (or applicant's attorney), telephone number and zip
code.

A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS
FROM THE DATE OF THIS ACTION IN ORDER TO AVOID ABANDONMENT.

Registration is refused on the Principal Register because the mark, when
applied to the goods and services, is considered to be merely descriptive
thereof. (Section 2(e)(1) of the Trademark Act, 15 U.S.C. 1052(e)(1); TMEP
section 1207.)

A term is merely descriptive within the meaning of Section 2(e)(1) of the
Trademark Act (15 U.S.C. 1052(e)(1)) if it forthwith conveys an immediate
idea of an ingredient, quality, characteristic, function, or feature of the
product in connection with which it is used. In re Bright - Crest Ltd.,
204 USPQ 591 (TTAB 1979).

In this case, the term merely describes the subject matter of the services
and seminars and study aids - development of leadership skills in different
situations.

You may note section 23 of the Trademark Act (15 U.S.C. 1090) relating to
registration of a mark on the Supplemental Register. Any amendment of an
application from the Principal Register to the Supplemental Register must
include the following statement, choosing the appropriate wording:

CLS-00015173

SN505693                              -2-

"The applicant has lawfully used the mark
in interstate commerce upon the goods (or-'in
connection with the services') for the year
preceding the filing date of this application
(or-'for the year preceding the filing date
of this amendment to the Supplemental Register')."

(37 CFR Section 2.47; TMEP sections 1115.01 and 1115.02.)

If you choose to respond to my refusal to register this mark, you must also
address the following informalities.

The specimens do not show use of the mark for any services identified in
this application.  You must submit five specimens showing use of the mark
for the services identified in this application.  You must verify, by
affidavit or declaration (37 CFR Section 2.20) signed by the applicant,
that the substitute specimens were in use at least as early as the filing
date of this application.  You must also address the question of the
applicant's ownership and control of the use of the mark in relation to any
name other than the applicant's which appears on the substitute specimens.

You must amend the affixation clause to accurately reflect the type of use
evidenced by the specimens to be furnished.  (TMEP section 808.09.)  For
example, if advertising material are submitted as specimens, you must amend
the affixation clause to indicate that the "mark is used on advertising
material."

According to my search of the Office registration records, there is no
registered mark which so resembles the applicant's mark, when applied to
the goods (or services), as to be likely to cause confusion, or to cause
mistake, or to deceive.  (15 U.S.C.  1052(d); TMEP section 1105.01.)

It is our practice to enforce Office policies to conclude examination of
applications as quickly as possible.  If you, in good faith, address each
issue raised in this Office action but fail to resolve them satisfactorily,
I will make the requirements related to any unresolved issue final in the
next Office action.  (See 37 CFR Section 2.64.)  On the other hand, if you
fail to address one or more of the issues raised in this Office action, I
will be compelled to hold the application abandoned for failure to respond
completely.  (See 37 CFR Section 2.65.)

HZ:cvs

Henry Zak
Trademark Attorney, Law Office I
703 557-3273

CLS-00015174

505693

APPLICATION FOR A MULTI-CLASS REGISTRATION

Mark:   SITUATIONAL LEADERSHIP

International Classes: 16, 41

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

MANAGEMENT AND EDUCATIONAL DEVELOPMENT, INC., an Ohio
corporation
Business address and situs:  230 West Third Avenue
                                     Escondido, California 92025

    The above-identified Applicant has adopted and is
using the trademark shown in the accompanying drawing for
educational kits for improving management skills and employee
productivity, primarily composed of training manuals, video=
tapes, pamphlets, and a board game used as an experience
simulator in Class 16; and for educational services, namely,
conducting seminars in the field of management skills in
Class 41; and requests that said mark be registered in the
United States Patent and Trademark Office on the Principal
Register established by the Act of July 5, 1946.
in accordance with Section 2(f) of

    The mark was first used in connection with the goods
and services on February 1, 1967; was first used in interstate
commerce on February 1, 1967; and is now in use in such

11/06/94 505693           3 301        350.00 CK
    The mark is used by placing it directly on the goods,
and five specimens showing the mark as actually used are
presented herewith; and the mark is used on advertisements for
the sale of the services, and five specimens showing the mark
as actually used are presented herewith.

    The undersigned, PAUL HERSEY, declares:  That he is

CLS-00015175

President of applicant corporation and is authorized to
execute this declaration on behalf of said corporation; that
he believes said corporation to be the owner of the mark
sought to be registered; that to the best of his own knowledge
and belief no other person, firm, corporation or association
has the right to use said mark in commerce, either in the
identical form or in such near resemblance thereto as may be
likely, when applied to the goods or services of such other
person, to cause confusion, or cause mistake, or to deceive;
that all statements made herein of his own knowledge are true
and that all statements made on information and belief are
believed to be true; and further, that these statements were
made with the knowledge that willful, false statements and the
like so made are punishable by fine or imprisonment, or both,
under Section 1001 of Title 18 of the United States Code and
that such willful, false statements may jeopardize the
validity of the Application or document or any registration
resulting therefrom.

POWER OF ATTORNEY

Applicant hereby appoints WELTON B. WHANN, 11031 Via
Frontera, San Diego, California, 92127, a member of the Bar of
the State of California, to prosecute this Application to
register, to transact all business in the Patent Office in
connection therewith and to receive the Certificate of
Registration.

Dated: October 15, 1984         MANAGEMENT AND EDUCATIONAL
                                DEVELOPMENT, INC.

                                By: _____
                                     PAUL HERSEY, President

-2-

CLS-00015176



LAW OFFICES
**WELTON B. WHANN**
PATENT, TRADEMARK & UNFAIR COMPETITION CAUSES
13051 VIA FRONTERA
SAN DIEGO, CALIFORNIA 92127
(619) 595-0360

505693

October 24, 1984

Commissioner of Patents
  and Trademarks
Washington, D.C. 20231

      RE:   Application for Multi-Class Registration
           of the mark SITUATIONAL LEADERSHIP

Dear Sir or Madam:

    Enclosed are the following in connection with the
above-referenced Application:

      1.   Application for Multi-Class Registration

      2.   Check for $350.00

      3.   Postal Card for acknowledgment of
           receipt

      4.   Five specimens of the mark for each class

    Thank you for your assistance in this matter.

                    Sincerely,

                    Welton B. Whann

                    WELTON B. WHANN

WBW:bjs
Enclosures

CLS-00015177

FORM PTO-1328
(REV. 1-83)

**TRADEMARK APPLICATION FILE DATA WORKSHEET**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

| 1. SERIAL NUMBER | 2. FILING DATE | 3. LAW OFFICE |
|---|---|---|
| 505693 | 10-26-94 | |
| | 4. REGISTER TYPE PR | 5. MARK DRAWING CODE |

**F2** SITUATIONAL LEADERSHIP

| 1. INT. CL. | 2. 1st USE DATE | 3. 1st COMMERCE | 4. PAD | 5. PRIOR U.S. CLASS(ES) | 6. GOODS/SERVICES |
|---|---|---|---|---|---|
| 016 | 02011967 | 02011967 | Y | 038 | |
| 041 | 02011967 | 02011967 | Y | 107 | SEE APPLICATION |

**F3**

APPLICANT INFORMATION

| | 1. ENTITY | 2. ENTRY NO. | 3. CITIZENSHIP | 4. NAME | | ENTRY NO. | APPLICANT ADDRESS |
|---|---|---|---|---|---|---|---|
| 1st | | SEE APPLICATION | | | **F5** | 01 | SEE APPLICATION |
| 2nd | | | | | | 02 | |
| 3rd | | | | | | 03 | |

**F4**

**F6,7** CORRESPONDENCE ADDRESS (F6) and ATTORNEYS (F7) - SEE APPLICATION

**F8**

| ENTRY NO. | COUNTRY CODE | FOREIGN APPLICATION NO | FOREIGN FILING DATE |
|---|---|---|---|
| 01 | FOREIGN REGISTRATION NO | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |
| ENTRY NO. | COUNTRY CODE | FOREIGN APPLICATION NO | FOREIGN FILING DATE |
| 02 | FOREIGN REGISTRATION NO | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |

**F9** PRIOR U.S. REGISTRATIONS - SEE APPLICATION

**F10**

| TEXT TYPE CODE | ADDITIONAL TEXT (SEE APPLICATION OR ENTER TEXT BELOW) |
|---|---|
| | |

EMPLOYEE NUMBER

USCOMM-DC 83-1175

CLS-00015178



CLS-00015179





CLS-00015180



CLS-00015181

CLS-00015182



CLS-00015183

CLS-00015184



CLS-00015185



CLS-00015186

## Introduction

## Leadership Studies Productions, Inc.

## A Partial List of LSP Clients



AN IRRESISTIBLE VIDEO PROGRAM
"Twelve O'Clock High"

# SITUATIONAL LEADERSHIP

- Leadership
- Motivation
- Performance



Leadership Studies Productions, Inc.

CLS-00015187

# SITUATIONAL LEADERSHIP™
## AN INTENSIVE EXPERIENCE IN THE PROCESS OF CHANGE

### Program

### Course Design and Materials

### Applications

### Ordering Information

### Pricing Information

### For Information Call:



Leadership Studies Productions, Inc.

## Introduction

## The Company

## SITUATIONAL LEADERSHIP CAN MAKE A DIFFERENCE

### Partial List of LSP Clients





# The Essentials of
# SITUATIONAL
# LEADERSHIP II

## An Approach for Increasing Effectiveness

**Video Interactive Training for First Level Supervisors and Non-Managerial Personnel**



- Theories
- Concepts
- Applications

**EXHIBIT**

CLS-00015189

# THE ESSENTIALS OF SITUATIONAL LEADERSHIP™ I for
## First Level Supervisors and Non-Managerial Personnel

## Program

## Course Design and Materials

## Applications

## Ordering Information

## Pricing Information

## For Information Call:



Leadership Studies Productions, Inc.

CLS-00015190



# TRAINING AND DEVELOPMENT JOURNAL

PUBLISHED BY THE AMERICAN SOCIETY FOR TRAINING AND DEVELOPMENT JANUARY 1982

## Measuring Up

### Assessing Training Results
page 10

EXHIBIT

A

# ODI HAS BOSTON BOOKED FOR THE NEXT THREE MONTHS.

## AND YOU'RE INVITED.

Sign up now for the most effective programs available to line managers and staff personnel ... choose from among nine ODI management workshops we've booked in Boston between February 8 and April 30, 1986.

ODI is dedicated to providing programs that improve managers' effectiveness ... sharpen skills and increase productivity. And it's working. In more than 1300 organizations worldwide.

## YOU CHOOSE THE TIME AND THE SUBJECT.

To give you a better opportunity to schedule the workshop of your choice, we have nine consecutive workshops from which to choose ... to meet your time and skills requirements:

## APPLIED MANAGEMENT SERIES.

You'll learn to manage conflict and time, solve problems, improve decision making, conduct more effective performance reviews, analyze feedback from your subordinates.

## MANAGING FOR PRODUCTIVITY.

Widely acclaimed video-based program is a hands-on system that teaches managers at all levels how to improve their skills and increase organizational productivity.

| WORKSHOPS | DATE |
|---|---|
| Managing for Productivity Facilitator's Workshop | Feb. 8-12 |
| Quality Circles | Feb. 17-18 |
| Applied Management Series | Feb. 25-28 |
| Managing for Productivity Public | March 3-11 |
| Quality Circles | March 17-18 |
| Applied Management Series | March 20-25 |
| Managing for Productivity Facilitator's Conference | April 12-15 |
| Quality Circles | April 21-22 |
| Train the Trainer | April 28-30 |

## BOOK ME INTO YOUR WORKSHOP!

Name of Workshop(s) ............ Date ............

Your Name ............................................

Title ..................................................

Organization .........................................

Address ..............................................

City ........................................ State ........

Zip ............ Telephone ...... ....................

Registration enclosed.

☐ Please send me information about ODI's other management workshops.

Organizational Dynamics, Inc.
25 New England Executive Park
Burlington, Massachusetts 01803

Attention: Director of Training

## MPF FACILITATOR'S CERTIFICATION.

For people currently using our popular Managing For Productivity program.

## QUALITY CIRCLES.

ODI's newest program ... learn to integrate your organization from top to bottom, so every individual is involved in improving work quality and organizational productivity.

## TRAIN THE TRAINER.

To enhance the facilitation techniques of new and intermediate trainers through video feedback and group skills development.

To receive more information and register for the specific workshops you're interested in, just fill out and send in the coupon ... and join the more than 300,000 managers who have participated in ODI's training programs.



ODI Organizational Dynamics, Inc.

25 New England Executive Park
Burlington, Massachusetts 01803
Telephone: (617) 272-8040

Circle No. 144 on Reader Service Card

CLS-00015192

# TOP quality leadership training with BOTTOM line results!



# The Essentials of

# SITUATIONAL LEADERSHIP

Now, for the first time, YOU can administer Situational Leadership training in-house to give your managers a practical approach for making the leadership decisions necessary to achieve results.



Contact us for a preview demonstration in your office or to reserve a place at a future seminar.

LEADERSHIP STUDIES PRODUCTIONS, INC.
OR VIDEO UNIVERSITY

140 South Hickory Street, Escondido, CA 92025 • (714) 741-6504
416-B Leng Drive, Jackson, MS 39216 • (601) 981-0600

Training and Development Journal, January 1984 — 45

# Master's Degree in Organization Development for managers and specialists in personnel and training







Pepperdine University School of Business & Management



CLS-00015194

# Involved in
# Management Training?

We Have Just What You
Need to Help Managers
Boost Their Supervisory
Effectiveness!

Situational Leadership™ is a method of su-
pervising that any manager can use to pro-
vide each subordinate with the right kind
of supervision.

If you're committed to helping managers ex-
cel, call or write for a FREE resource
guide that explains all Situational Leader-
ship™ materials available.

*University Associates, Inc.*
8517 Production Ave. / San Diego, CA 92121 / 619-578-5900

EXHIBIT

B

CLS-00015195

CLS-00015196



CLS-00015197

505693

# SITUATIONAL LEADERSHIP SIMULATOR

### A simulation for learning behavioral science theory

by: PAUL HERSEY
KENNETH H. BLANCHARD
LEE G. PETERS

CLS-00015198



CLS-00015199

CLS-00015200

CLS-00015201



CLS-00015202



CLS-00015203



CLS-00015204



CLS-00015205





IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Trademark and Service Mark Registration

Registrant:           LEADERSHIP STUDIES, INC.

Registration No:      1,372,474

Registered:           11/26/85

Mark:                 SITUATIONAL LEADERSHIP

Commissioner of Patents and Trademarks
Washington, D.C. 20231

### CHANGE OF ATTORNEY'S ADDRESS

Please change the address of the registrant's attorney and

send all correspondence concerning this Registration as follows:

c/o HARNESS, DICKEY & PIERCE
P. C. Box 828
Bloomfield Hills, Michigan 48303

Please direct telephone calls to (619) 238-4122.

Dated:  March 2, 1992          HARNESS, DICKEY & PIERCE

By: _Walton B. Whann_
     Walton B. Whann

### Certificate of Mailing

I hereby certify that this paper is being deposited with the
United States Postal Service on the date shown below with
sufficient postage as first class mail in an envelope addressed
to:  Commissioner of Patents and Trademarks, Washington, D.C.
20231.

Date: March 2, 1992          _Janet Van Handel_
                              Janet VanHandel

Int. Cls.: 16 and 41

Prior U.S. Cls.: 21, 22, 38 and 107

Reg. No. 1,372,474

## United States Patent and Trademark Office
Registered Nov. 26, 1985

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# SITUATIONAL LEADERSHIP

MANAGEMENT AND EDUCATIONAL DE-
VELOPMENT, INC. (OHIO CORPORATION)
230 WEST THIRD AVENUE
ESCONDIDO, CA 92025

FOR: EDUCATIONAL KITS FOR IMPROV-
ING MANAGEMENT SKILLS AND EMPLOY-
EE PRODUCTIVITY, PRIMARILY COMPOSED
OF TRAINING MANUALS, VIDEO TAPES,
PAMPHLETS, AND A BOARD GAME USED AS
AN EXPERIENCE SIMULATOR, IN CLASS 16
(U.S. CLS. 21, 22 AND 38).

FIRST USE 2-1-1967; IN COMMERCE
2-1-1967.
FOR: EDUCATIONAL SERVICES, NAMELY,
CONDUCTING SEMINARS IN THE FIELD OF
MANAGEMENT SKILLS, IN CLASS 41 (U.S. CL.
107).
FIRST USE 2-1-1967; IN COMMERCE
2-1-1967.
SEC. 2(F).

SER. NO. 505,693, FILED 10-26-1984.

HENRY S. ZAK, EXAMINING ATTORNEY

CLS-00015207