COOLEY LLP
STEVEN M. STRAUSS (99153)
sms@cooley.com
DENNIS C. CROVELLA (190781)
dcrovella@cooley.com
JOHN PAUL OLEKSIUK (283396)
jpo@cooley.com
4401 Eastgate Mall
San Diego, CA 92121
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendant / Counterclaim-Plaintiff
BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADERSHIP STUDIES, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED, and Does 1-10, inclusive,<br><br>     Defendants.<br><br>BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED,<br><br>     Counterclaim-Plaintiff,<br><br>     v.<br><br>LEADERSHIP STUDIES, INC.,<br><br>     Counterclaim-Defendant. | Case No. 15 CV 1831 WQH KSC<br><br>**BLANCHARD TRAINING'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER**<br><br>*[MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF DENNIS C. CROVELLA, ESQ. SUBMITTED HEREWITH]*<br><br>**HEARING DATE: NOVEMBER 27, 2017**<br><br>**COURTROOM 14B**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

BLANCHARD TRAINING'S MOTION FOR
RECONSIDERATION OF ORDER
15 CV 1831 WQH KSC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on November 27, 2017, or as soon thereafter as this motion may be heard, Defendant-Counterclaimant Blanchard Training and Development, Incorporated ("Blanchard Training"), will and hereby does move this Court for reconsideration of its September 25, 2017 Order (ECF 108) granting in part and denying in part Blanchard Training's Motion for Summary Judgment (ECF 63) pursuant to Federal Rule of Civil Procedure 59(e).  Blanchard Training respectfully contends that the Court erred in declining to grant summary judgment as to *Leader Behavior* and *The Situational Leader* because Leadership Studies Inc. ("Leadership Studies") abandoned its copyright claim as to these works as well. In view of Leadership Studies' abandonment, the Court also erred in declining to find Blanchard Training to be the prevailing party on the copyright claim. The court is requested to enter summary judgment as to *Leader Behavior* and *The Situational Leader*, and to find Blanchard Training the prevailing party on the Seventh Cause of Action.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Dennis C. Crovella with attached exhibits, all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this Motion.

Dated:  October 23, 2017

COOLEY LLP
STEVEN M. STRAUSS (99153)
DENNIS C. CROVELLA (190781)
JOHN PAUL OLEKSIUK (283396)

*s/Steven M. Strauss*

Attorneys for Defendant / Counterclaim-Plaintiff
BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED
E-mail: sms@cooley.com

152552298 v1