# EXHIBIT 1

# *In The Matter Of:*

### *Leadership Studies*
### *v.*
### *Blanchard Training*

---

### *Kenneth Blanchard, Ph.D. VOL I*

### *August 2, 2017*

---



## BENHYATT
### Certified Deposition Reporters

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

BH CDR Job # **1065227**
number of pages 296

*Word Index Included with this Condensed Transcript.*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------X
LEADERSHIP STUDIES, INC., a
California corporation,

                         Plaintiff,

        - against -

BLANCHARD TRAINING AND DEVELOPMENT,
INC., a California corporation, and
DOES 1-10, INCLUSIVE,

                        Defendants.

Case No. 15CV1831 WQH-KSC
-------------------------------------------------X
BLANCHARD TRAINING AND DEVELOPMENT,
INCORPORATED,

                    Counterclaim-Plaintiff

      - against -

LEADERSHIP STUDIES, INC.,

                    Counterclaim-Defendant,

-------------------------------------------------X


                   1114 Avenue of the Americas
                   New York, New York

                   August 2, 2017
                   8:10 a.m.


    Videotaped Deposition of Defendant by KENNETH
BLANCHARD, PhD taken pursuant to Notice, before Rita
Persichetty, a Notary Public of the State of New
York.

Kenneth Blanchard, Ph.D. - 8/2/2017

```
 1    A P P E A R A N C E S:

 2

 3    ZUBER LAWLER & DEL DUCA LLP

 4    Attorneys for Plaintiff

 5         777 South Figueroa Street

 6         Los Angeles, California 90017

 7    BY:  MICHELE DESOER, ESQ.

 8         JEFF ZUBER, ESQ.

 9         PHONE:  212.596.5620

10         EMAIL:  Jzuber@zuberlaw.com

11

12    COOLEY LLP

13    Attorneys for Defendant

14         4401 Eastgate Mall

15         San Diego, California 92121-1909

16    BY:  STEVEN M. STRAUSS, ESQ.

17         JOHN PAUL OLEKSIUK, ESQ.

18         PHONE:  858.550.6006

19         FAX:  858.550.6420

20         EMAIL:  Sms@cooley.com

21

22

23

24

25
```

Kenneth Blanchard, Ph.D. - 8/2/2017

```
 1    A P P E A R A N C E S: (Cont'd)

 2

 3    ALSO PRESENT:

 4        RICHARD ANDREWS

 5        MAUREEN SHRIVER, Via teleconference

 6        GLENNA WITHEM, Via teleconference

 7        DAVID JIMENEZ, Videographer

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | reached some kind of agreement so that the | 12:35:51 |
| 2 | lawsuit against you was not pursued? | 12:35:53 |
| 3 | A    Yes.  And that we -- and they | 12:35:55 |
| 4 | wouldn't sue us again or in the future. | 12:35:57 |
| 5 | Q    And with whom did you think you made | 12:36:09 |
| 6 | that agreement? | 12:36:11 |
| 7 | A    I assumed it was with Paul. | 12:36:15 |
| 8 | Q    With Paul personally? | 12:36:18 |
| 9 | A    I don't know.  Paul and the Center, | 12:36:23 |
| 10 | whatever, whoever was suing. | 12:36:28 |
| 11 | Q    And, in fact, isn't it correct that | 12:36:35 |
| 12 | you were of the opinion that that agreement was | 12:36:39 |
| 13 | with all of Dr. Hersey's -- Dr. Hersey's | 12:36:41 |
| 14 | entities, correct? | 12:36:48 |
| 15 | MR. STRAUSS:  Just asked and answered | 12:36:51 |
| 16 | it.  He said with the plaintiff. | 12:36:52 |
| 17 | MS. DESOER:  I'd like to mark as | 12:37:06 |
| 18 | Exhibit 132 a one-page letter from | 12:37:06 |
| 19 | Dr. Blanchard to Ralph Hersey, and that | 12:37:15 |
| 20 | letter is dated May 18, 1984. | 12:37:17 |
| 21 | (Exhibit 132, One-page letter dated | 12:37:17 |
| 22 | 5/18/84, marked for identification.) | 12:37:17 |
| 23 | Q    Dr. Blanchard, have you had an | 12:38:36 |
| 24 | opportunity to review this document that was | 12:38:37 |
| 25 | marked Exhibit 132? | 12:38:38 |

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | A    Yes.  Uh-huh. | 12:38:40 |
| 2 | Q    And do you recognize the letter as | 12:38:41 |
| 3 | one you wrote? | 12:38:43 |
| 4 | A    Again, I don't remember it, but I | 12:38:45 |
| 5 | recognize it now that I read it. | 12:38:46 |
| 6 | Q    Now that you read it, does it refresh | 12:38:49 |
| 7 | your recollection that you wrote that letter? | 12:38:51 |
| 8 | A    Yes. | 12:38:53 |
| 9 | Q    Okay.  Is that your signature, "Ken," | 12:38:54 |
| 10 | at the bottom? | 12:38:55 |
| 11 | A    Yes. | 12:38:56 |
| 12 | Q    Now, this is a letter you wrote to | 12:38:59 |
| 13 | Ralph Hersey, and he was the brother of Paul | 12:39:01 |
| 14 | Hersey, correct? | 12:39:03 |
| 15 | A    Yes.  Uh-huh. | 12:39:05 |
| 16 | Q    "Yes"? | 12:39:05 |
| 17 | A    Yes. | 12:39:06 |
| 18 | Q    And in this second full paragraph, it | 12:39:07 |
| 19 | says, "I'm sure you're aware of the June 1982 | 12:39:10 |
| 20 | agreement which John Myers and I signed." | 12:39:13 |
| 21 | Does that refresh your recollection | 12:39:17 |
| 22 | of the timing -- | 12:39:18 |
| 23 | A    Yes. | 12:39:19 |
| 24 | Q    -- of the agreement? | 12:39:19 |
| 25 | A    Yes. | 12:39:20 |

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | Q    Okay.  And it says that you would not | 12:39:20 |
| 2 | pursue violation of trademark actions now or in | 12:39:25 |
| 3 | the future as it refers to Situational | 12:39:29 |
| 4 | Leadership. | 12:39:30 |
| 5 | Do you see that? | 12:39:32 |
| 6 | A    Yes.  Uh-huh. | 12:39:32 |
| 7 | Q    And when you referred to "you," you | 12:39:33 |
| 8 | were -- to whom were you referring as "you"? | 12:39:35 |
| 9 | A    I would assume the Center for | 12:39:42 |
| 10 | Leadership Studies, Paul, anybody over there. | 12:39:44 |
| 11 | Q    And in this letter you recognize at | 12:39:51 |
| 12 | the time it would be difficult for either of | 12:39:54 |
| 13 | you to enforce a trademark against a third | 12:39:59 |
| 14 | party, right? | 12:40:02 |
| 15 | A    Yes.  That's the whole motivation for | 12:40:02 |
| 16 | that, is that if we didn't have a working | 12:40:05 |
| 17 | relationship, somebody could use it, and if we | 12:40:08 |
| 18 | weren't together on it, we couldn't enforce it. | 12:40:11 |
| 19 | So that's the whole motivation. | 12:40:13 |
| 20 | Q    And you realized that the 1982 letter | 12:40:17 |
| 21 | agreement did not provide anyone specifically | 12:40:21 |
| 22 | the right to enforce, correct? | 12:40:23 |
| 23 | A    I don't -- | 12:40:26 |
| 24 | MR. STRAUSS:  The document speaks for | 12:40:26 |
| 25 | itself. | 12:40:27 |

Page 171

Kenneth Blanchard, Ph.D. - 8/2/2017

```
 1        Q    I'm asking what he understood.              12:40:28

 2        MR. STRAUSS:  And it calls for a                 12:40:30

 3   legal conclusion, and I'm making my                   12:40:31

 4   objections.                                           12:40:35

 5        Q    You can answer the question,                12:40:35

 6   Dr. Blanchard.                                        12:40:36

 7        A    Which document are you talking about?       12:40:38

 8        Q    I'm asking whether at the time you          12:40:39

 9   wrote this letter in 1984 you understood that         12:40:39

10   the 1982 agreement did not give explicitly any        12:40:42

11   party the right to enforce the mark.                  12:40:47

12        A    I assume that --                            12:40:49

13        MR. STRAUSS:  I'll make the same                 12:40:50

14   objections.                                           12:40:51

15        THE WITNESS:  The document speaks for            12:40:53

16   itself.                                               12:40:54

17        Q    Dr. Blanchard, I would like my --           12:40:55

18   it's not about a document.  It was about your         12:40:57

19   understanding in 1984.                                12:40:59

20        MR. STRAUSS:  If you remember.                   12:41:01

21        A    Yeah, I assume that must have been,         12:41:02

22   yeah, because I don't see anything in here in         12:41:03

23   my letter to Ralph about that.  So it was just        12:41:05

24   that we were going to not sue each other, stay        12:41:08

25   together.                                             12:41:13
```

Page 172

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | Q    Okay.  What it says is that there | 12:41:13 |
| 2 | needs to be some way to protect the mark, | 12:41:16 |
| 3 | correct? | 12:41:17 |
| 4 | A    That's right, yeah. | 12:41:18 |
| 5 | Q    And there was not at that point any | 12:41:19 |
| 6 | way for Blanchard Training to protect the mark? | 12:41:21 |
| 7 | A    That's right, yeah. | 12:41:25 |
| 8 | MR. STRAUSS:  Objection.  The | 12:41:25 |
| 9 | documents speaks for itself. | 12:41:25 |
| 10 | MS. DESOER:  I'm not talking about | 12:41:26 |
| 11 | the document. | 12:41:26 |
| 12 | MR. STRAUSS:  You just read from it. | 12:41:27 |
| 13 | MS. DESOER:  No, I didn't.  This was | 12:41:28 |
| 14 | not reading from the document. | 12:41:29 |
| 15 | MR. STRAUSS:  What are you reading | 12:41:30 |
| 16 | from?  You said, it said. | 12:41:31 |
| 17 | MS. DESOER:  Generally. | 12:41:34 |
| 18 | MR. STRAUSS:  Oh, so you're | 12:41:35 |
| 19 | paraphrasing it? | 12:41:36 |
| 20 | MS. DESOER:  Yeah. | 12:41:38 |
| 21 | MR. STRAUSS:  The document speaks for | 12:41:38 |
| 22 | itself. | 12:41:39 |
| 23 | MS. DESOER:  Thank you. | 12:41:40 |
| 24 | MR. STRAUSS:  Objection. | 12:41:42 |
| 25 | MS. DESOER:  You think we should just | 12:41:44 |

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | break now for -- | 12:41:46 |
| 2 | MR. STRAUSS:  Why don't you finish on | 12:41:49 |
| 3 | this, and we'll break. | 12:41:50 |
| 4 | MS. DESOER:  I'm finished on that | 12:41:50 |
| 5 | letter. | 12:41:51 |
| 6 | MR. STRAUSS:  Okay.  Yeah.  Great. | 12:41:51 |
| 7 | Our food should be here. | 12:41:52 |
| 8 | THE VIDEOGRAPHER:  We're now going | 12:41:55 |
| 9 | off the record at approximately 12:41 p.m. | 12:41:56 |
| 10 | (Luncheon recess taken at 12:41 p.m.) | 12:41:58 |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | A F T E R N O O N      S E S S I O N | 12:41:58 |
| 4 | (Time noted:  1:15 p.m.) | 12:41:58 |
| 5 | K E N N E T H     B L A N C H A R D, | 12:41:58 |
| 6 | resumed and testified as follows: | 12:41:58 |
| 7 | CONTINUED EXAMINATION | 12:41:58 |
| 8 | BY MS. DESOER: | 12:41:58 |
| 9 | THE VIDEOGRAPHER:  We're now back on | 13:15:56 |
| 10 | the record at approximately 1:15 p.m. | 13:15:56 |
| 11 | Q    Dr. Blanchard, at some point you | 13:16:03 |
| 12 | learned that Dr. Hersey was going to be | 13:16:04 |
| 13 | publishing a book called "The Situational | 13:16:07 |
| 14 | Leader"? | 13:16:09 |
| 15 | A    Yes. | 13:16:10 |
| 16 | Q    How did you hear about that? | 13:16:10 |
| 17 | A    From talking to him. | 13:16:11 |
| 18 | Q    Do you recall approximately when you | 13:16:14 |
| 19 | learned about it? | 13:16:15 |
| 20 | A    I'm sure it was before the book came | 13:16:17 |
| 21 | out and... | 13:16:19 |
| 22 | Q    Well, how long before the book came | 13:16:23 |
| 23 | out did you know that he was going to publish | 13:16:25 |
| 24 | it? | 13:16:26 |
| 25 | A    Probably a couple years.  You know, | 13:16:28 |

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | it takes a while.  We were working on | 13:16:30 |
| 2 | "Leadership" and "The One Minute Manager" at | 13:16:35 |
| 3 | the same time. | 13:16:38 |
| 4 | Q   And that was the third book in The | 13:16:39 |
| 5 | One Minute Manager series? | 13:16:42 |
| 6 | A   Yes.  Uh-huh. | 13:16:44 |
| 7 | Q   So you published The One Minute | 13:16:44 |
| 8 | Manager itself in 1982? | 13:16:46 |
| 9 | A   Uh-huh. | 13:16:48 |
| 10 | Q   Is that "yes"? | 13:16:49 |
| 11 | A   Yes. | 13:16:49 |
| 12 | Q   And the -- what was the second one? | 13:16:50 |
| 13 | A   Putting The One Minute Manager where | 13:16:52 |
| 14 | it came out probably in '83. | 13:16:54 |
| 15 | Q   Dr. Blanchard, if you're getting | 13:17:03 |
| 16 | tired and can't give me your best testimony, | 13:17:04 |
| 17 | I'd like you to tell me.  Okay? | 13:17:06 |
| 18 | A   Sure.  Okay. | 13:17:08 |
| 19 | Q   I just want to make sure that we're | 13:17:09 |
| 20 | clear that I -- | 13:17:11 |
| 21 | MR. STRAUSS:  I was just giving him a | 13:17:11 |
| 22 | signal to keep his voice up. | 13:17:12 |
| 23 | MS. DESOER:  Right.  I understand, | 13:17:15 |
| 24 | but sometimes people's voices drop when | 13:17:15 |
| 25 | they're getting tired. | 13:17:18 |

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | Q     So I just want to go on the record | 13:17:19 |
| 2 | saying that, you know, if you ever feel you | 13:17:22 |
| 3 | can't give me your best testimony, let me | 13:17:22 |
| 4 | know -- | 13:17:24 |
| 5 | A     Sure.  Yup. | 13:17:24 |
| 6 | Q     -- because I don't want you to then | 13:17:25 |
| 7 | say "I was too tired, and I didn't remember" | 13:17:27 |
| 8 | something and "I now remember." | 13:17:31 |
| 9 | Do you understand? | 13:17:32 |
| 10 | A     Sure.  Thank you. | 13:17:33 |
| 11 | Q     How did it come about that the | 13:17:39 |
| 12 | Zigarmis wrote Leadership and the One Minute | 13:17:40 |
| 13 | Manager with you? | 13:17:45 |
| 14 | A     One of the things is we decided not | 13:17:47 |
| 15 | to make our founding associates owners of the | 13:17:48 |
| 16 | business because it would have gotten | 13:17:52 |
| 17 | complicated.  But I wanted to find a way to get | 13:17:54 |
| 18 | everybody income, and so eventually I wrote a | 13:17:56 |
| 19 | book with every one of them. | 13:17:59 |
| 20 | And so the first ones I did was with | 13:18:00 |
| 21 | Pat and Drea because they made a commitment and | 13:18:04 |
| 22 | flew out and came to California, quit jobs, and | 13:18:08 |
| 23 | the others all stayed back in Massachusetts, | 13:18:10 |
| 24 | and so I felt I owed them something.  And they | 13:18:12 |
| 25 | were both of my doctoral students. | 13:18:21 |

Page 177

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | Q    Who physically wrote Leadership and | 13:18:27 |
| 2 | the One Minute Manager? | 13:18:30 |
| 3 | A    We all did it together, and we might | 13:18:34 |
| 4 | write different sections and all. | 13:18:37 |
| 5 | Q    Didn't Drea write most of the first | 13:18:42 |
| 6 | drafts? | 13:18:45 |
| 7 | A    No, I don't think so.  He might have | 13:18:46 |
| 8 | thought he did.  Pat was a better writer than | 13:18:48 |
| 9 | Drea.  If somebody was doing more, it would | 13:18:55 |
| 10 | have been her. | 13:18:57 |
| 11 | Q    Did you and Dr. Hersey discuss the | 13:18:59 |
| 12 | fact that your books were scheduled to be | 13:19:02 |
| 13 | published around the same time? | 13:19:04 |
| 14 | A    I'm sure we did, because we agreed to | 13:19:05 |
| 15 | back ours off and let his come out first. | 13:19:08 |
| 16 | Q    And you mean BTD agreed to back off | 13:19:12 |
| 17 | on Leadership and the One Minute Manager to | 13:19:16 |
| 18 | allow Dr. Hersey's book to come out first, | 13:19:18 |
| 19 | correct? | 13:19:22 |
| 20 | A    Correct. | 13:19:23 |
| 21 | Q    And that actually didn't happen, did | 13:19:23 |
| 22 | it? | 13:19:25 |
| 23 | A    It did. | 13:19:25 |
| 24 | Q    Isn't it correct that they were | 13:19:26 |
| 25 | published within the same month? | 13:19:28 |

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017



1      A    I don't know.  His came out first,          13:19:29

2   though.                                              13:19:31

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Kenneth Blanchard, Ph.D. - 8/2/2017



Page 180

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | MS. DESOER:  Okay.  I'm going to mark | 13:24:31 |
| 2 | as Exhibit 135 a two-page document that is | 13:24:33 |
| 3 | a letter from Ms. McBride to Dr. Hersey, | 13:24:46 |
| 4 | and it starts with Blanchard 486. | 13:24:49 |
| 5 | (Exhibit 135, two-page letter Bates | 13:24:52 |
| 6 | stamped 486, marked for identification.) | 13:24:52 |
| 7 | Q   Dr. Blanchard, does this look like | 13:25:10 |
| 8 | the same letter that is attached to your letter | 13:25:13 |
| 9 | to Ms. McBride? | 13:25:14 |
| 10 | A   Yes.  She follows directions very | 13:25:16 |
| 11 | well. | 13:25:17 |
| 12 | Q   Do you know why it was dated a month | 13:25:18 |
| 13 | after your letter to her? | 13:25:20 |
| 14 | A   I don't.  She might have been on | 13:25:24 |
| 15 | vacation. | 13:25:29 |
| 16 | Q   Okay.  I don't want you to speculate. | 13:25:30 |
| 17 | You don't know why it was late -- not | 13:25:31 |
| 18 | late but a month later? | 13:25:34 |
| 19 | A   Right. | 13:25:36 |
| 20 | Q   So do you recall that Dr. Hersey | 13:25:37 |
| 21 | originally self-published his book and then got | 13:25:43 |
| 22 | a deal to have it published by Warner Books? | 13:25:45 |
| 23 | A   Uh-huh. | 13:25:52 |
| 24 | Q   Yes; you recall that? | 13:25:52 |
| 25 | A   Yes. | 13:25:53 |

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | Q    So originally it was self-published, | 13:25:54 |
| 2 | but then he got the deal to go international | 13:25:56 |
| 3 | publication, correct? | 13:25:59 |
| 4 | A    Yeah, yeah.  When did the | 13:25:59 |
| 5 | self-publish come out?  What date was that? | 13:26:03 |
| 6 | Q    I'm not here to answer questions, but | 13:26:06 |
| 7 | I understand it was sometime in 1984. | 13:26:09 |
| 8 | A    Yeah.  Okay. | 13:26:26 |
| 9 | Q    I'm going to mark as Exhibit 136 a | 13:26:26 |
| 10 | three-page document.  It includes an envelope | 13:26:29 |
| 11 | at the end that starts with Blanchard 489, and | 13:26:34 |
| 12 | it's to Dr. Blanchard from Walton Wahnn, | 13:26:39 |
| 13 | W-a-h-n-n. | 13:26:42 |
| 14 | (Exhibit 136, three-page document | 13:26:44 |
| 15 | Bates stamped Blanchard 489, marked for | 13:26:44 |
| 16 | identification.) | 13:26:44 |
| 17 | Q    Do you recall receiving this letter, | 13:28:10 |
| 18 | Dr. Blanchard? | 13:28:11 |
| 19 | A    No.  It was certified, though.  I | 13:28:12 |
| 20 | don't recall it. | 13:28:13 |
| 21 | Q    Do you recall there being a dispute | 13:28:15 |
| 22 | between yourself and Dr. Hersey about the | 13:28:17 |
| 23 | publication dates on The Situational Leader as | 13:28:19 |
| 24 | of the end of 1984? | 13:28:22 |
| 25 | A    I don't remember that, but I remember | 13:28:24 |

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | discussions, but I don't remember it. | 13:28:26 |
| 2 | Q    Do you remember that he was claiming | 13:28:29 |
| 3 | you were breaching an oral agreement with him | 13:28:31 |
| 4 | to hold off on the publication? | 13:28:33 |
| 5 | A    The -- I assume that was what the | 13:28:36 |
| 6 | issue was. | 13:28:42 |
| 7 | MR. STRAUSS:  No, don't assume.  She | 13:28:43 |
| 8 | asked if you remember. | 13:28:44 |
| 9 | THE WITNESS:  I don't remember. | 13:28:46 |
| 10 | Q    And you don't recall the publication | 13:28:47 |
| 11 | date for Leadership and the One Minute Manager? | 13:28:48 |
| 12 | A    I don't. | 13:28:51 |
| 13 | Q    And you don't recall what date The | 13:28:52 |
| 14 | Situational Leader was published nationally? | 13:28:53 |
| 15 | A    That was different.  Is that the | 13:28:55 |
| 16 | Warner one or his self-published one? | 13:29:00 |
| 17 | Q    The Warner one. | 13:29:03 |
| 18 | A    Yeah, which is different than... | 13:29:04 |
| 19 | So he got the self one out with | 13:29:05 |
| 20 | plenty of time before ours. | 13:29:09 |
| 21 | Q    But you knew he was going to get a | 13:29:12 |
| 22 | national -- when he got the national publisher | 13:29:13 |
| 23 | was when it was going to get wider | 13:29:16 |
| 24 | distribution, right? | 13:29:20 |
| 25 | A    Uh-huh.  Sure. | 13:29:20 |

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | Q     All right.  I'm going to change | 13:29:25 |
| 2 | subjects a little bit here. | 13:29:28 |
| 3 | You are aware, of course, of the 1987 | 13:29:29 |
| 4 | license agreement, correct? | 13:29:42 |
| 5 | A     Yes. | 13:29:43 |
| 6 | Q     Okay.  And if you need to refer to | 13:29:43 |
| 7 | it, it is Exhibit number 2 in your witness | 13:29:45 |
| 8 | binder in front of you. | 13:29:48 |
| 9 | A     Uh-huh. | 13:29:50 |
| 10 | Q     Now, would you agree with me that the | 13:29:56 |
| 11 | parties negotiated several -- for several years | 13:30:02 |
| 12 | before reaching the terms of this license | 13:30:05 |
| 13 | agreement? | 13:30:08 |
| 14 | A     What was the question, please? | 13:30:08 |
| 15 | Q     Would you agree with me that the | 13:30:10 |
| 16 | parties negotiated several years before | 13:30:11 |
| 17 | entering into this license agreement? | 13:30:14 |
| 18 | A     Yes. | 13:30:16 |
| 19 | Q     Who were the principal negotiators | 13:30:17 |
| 20 | for Blanchard? | 13:30:19 |
| 21 | A     I don't recall. | 13:30:21 |
| 22 | Q     Were you one of the principal | 13:30:24 |
| 23 | negotiators? | 13:30:25 |
| 24 | A     I've never been much of a negotiator, | 13:30:26 |
| 25 | so I don't know whether Dale Truax was there or | 13:30:28 |

Page 184

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | who was there. | 13:30:31 |
| 2 | Q     Did Dale Truax -- what was his role | 13:30:32 |
| 3 | between 1985 and 1987? | 13:30:35 |
| 4 | A     I don't know.  He did a lot of work | 13:30:41 |
| 5 | with international and a lot of different | 13:30:42 |
| 6 | things.  I don't know exactly.  He didn't | 13:30:45 |
| 7 | report to me. | 13:30:47 |
| 8 | Q     Who did he report to? | 13:30:49 |
| 9 | A     I don't know. | 13:30:51 |
| 10 | Q     Neil Martin was your attorney at the | 13:30:56 |
| 11 | time? | 13:30:58 |
| 12 | A     Yes. | 13:30:58 |
| 13 | Q     Did Neil Martin have authority to act | 13:30:59 |
| 14 | on your behalf? | 13:31:01 |
| 15 | A     I don't know. | 13:31:04 |
| 16 | Q     You didn't authorize your attorney to | 13:31:07 |
| 17 | act on your behalf? | 13:31:09 |
| 18 | MR. STRAUSS:  It's vague as to what. | 13:31:10 |
| 19 | Q     In regard to negotiating a license | 13:31:12 |
| 20 | agreement with -- | 13:31:15 |
| 21 | A     If he did, I must have given him the | 13:31:17 |
| 22 | power to do that. | 13:31:19 |
| 23 | Q     That would be your assumption? | 13:31:20 |
| 24 | A     Yes. | 13:31:21 |
| 25 | Q     He wouldn't have negotiated a | 13:31:22 |

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

| | | |
|---|---|---|
| 1 | contract without your permission, correct? | 13:31:23 |
| 2 | A    No. | 13:31:25 |
| 3 | Q    And you don't know what Dale Truax's | 13:31:27 |
| 4 | role was? | 13:31:29 |
| 5 | A    Not exactly, no. | 13:31:30 |
| 6 | Q    Is there anyone other than Dale Truax | 13:31:31 |
| 7 | that you thought might have been involved in | 13:31:33 |
| 8 | negotiating the 1987 license agreement? | 13:31:35 |
| 9 | A    I don't know.  My wife might have | 13:31:37 |
| 10 | been.  I don't know. | 13:31:39 |
| 11 | Q    Anybody else other than your wife and | 13:31:41 |
| 12 | Dale Truax? | 13:31:42 |
| 13 | A    Not that I can recall.  I don't know. | 13:31:45 |
| 14 | Q    Who was on the leadership team in | 13:31:50 |
| 15 | 1985 to 1987? | 13:31:53 |
| 16 | A    I don't know. | 13:31:55 |
| 17 | Q    Do you know who would know? | 13:31:58 |
| 18 | A    Margie would know. | 13:31:59 |
| 19 | Q    And if Margie didn't know, is there | 13:32:01 |
| 20 | anyone else who might know? | 13:32:02 |
| 21 | A    I don't know if Tom was with us yet. | 13:32:05 |
| 22 | Q    Anyone else that you know that might | 13:32:08 |
| 23 | know this answer? | 13:32:09 |
| 24 | A    I don't know. | 13:32:16 |
| 25 | Q    Now, do you recall that you had | 13:32:27 |

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | several more disputes with the Hersey | 13:32:29 |
| 2 | organization Center for Leadership Studies and | 13:32:32 |
| 3 | Blanchard Training in the 1980s after the 1982 | 13:32:39 |
| 4 | lawsuit? | 13:32:43 |
| 5 | A    Uh-huh. | 13:32:44 |
| 6 | Q    Do you recall that? | 13:32:44 |
| 7 | A    Yes. | 13:32:45 |
| 8 | Q    Do you recall ever receiving a copy | 13:32:46 |
| 9 | of a draft lawsuit on or about February 19, | 13:32:48 |
| 10 | 1985? | 13:32:51 |
| 11 | A    I don't recall it. | 13:32:52 |
| 12 | Q    I'm going to mark this as | 13:32:53 |
| 13 | Exhibit 137. | 13:32:54 |
| 14 | (Exhibit 137, Civil complaint Bates | 13:32:55 |
| 15 | stamped Blanchard 49460, marked for | 13:32:55 |
| 16 | identification.) | 13:32:55 |
| 17 | Q    It's a civil complaint with the -- | 13:33:07 |
| 18 | during which -- bearing the Bates number | 13:33:09 |
| 19 | Blanchard 49460. | 13:33:15 |
| 20 | Dr. Blanchard, does this document | 13:33:44 |
| 21 | refresh your recollection as to if you're aware | 13:33:45 |
| 22 | that there was a draft lawsuit filed or | 13:33:47 |
| 23 | delivered to you? | 13:33:50 |
| 24 | A    This tells me there was.  I don't -- | 13:33:53 |
| 25 | I wouldn't have recalled it a couple weeks | 13:33:54 |

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | before, no. | 13:33:58 |
| 2 | Q   That's fine.  If you look at the | 13:33:58 |
| 3 | last page, there's some -- the very last page | 13:34:00 |
| 4 | of the document. | 13:34:03 |
| 5 | A   Yes. | 13:34:03 |
| 6 | Q   There is some handwriting on that | 13:34:12 |
| 7 | document.  Do you recognize that? | 13:34:14 |
| 8 | A   It says lawyer fee and all that. | 13:34:15 |
| 9 | Q   Yes.  Is that your handwriting? | 13:34:17 |
| 10 | A   No. | 13:34:18 |
| 11 | Q   I didn't think so, but I wanted to | 13:34:18 |
| 12 | check.  Okay.  Thank you. | 13:34:19 |

Page 188

Kenneth Blanchard, Ph.D. - 8/2/2017



Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017



**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017



5      MR. STRAUSS:  I'll have a belated      13:39:24

6   objection to that last question that the   13:39:26

7   document speaks for itself.                13:39:28

Page 191

Kenneth Blanchard, Ph.D. – 8/2/2017



Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017



**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017



Page 194

Kenneth Blanchard, Ph.D. - 8/2/2017



**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017



**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017



Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017



**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017



Page 199

Kenneth Blanchard, Ph.D. - 8/2/2017

10      Q      I'm sure it was excellent.  I'm going          13:52:59

11   to mark as Exhibit 141 a two-page document               13:53:46

12   which is a memo to associates from Ken                    13:53:52

13   Blanchard entitled "good news about Situational          13:53:56

14   Leadership."                                              13:53:58

15              (Exhibit 141, Two-page memo entitled,         13:54:00

16        Good news about Situational Leadership,             13:54:00

17        marked for identification.)                         13:54:00

18      A      Go ahead.                                       13:55:20

19      Q      Dr. Blanchard, do you recognize this           13:55:22

20   memo that is marked as Exhibit 141?                      13:55:24

21      A      Yes.                                            13:55:28

22      Q      Okay.  And did you write it?                   13:55:29

23      A      Document speaks for itself.  I must            13:55:35

24   have.                                                     13:55:36

25      Q      You're agreeing that you wrote it,             13:55:37

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | right? | 13:55:39 |
| 2 | A    Yup. | 13:55:39 |
| 3 | Q    And who were the associates?  Who did | 13:55:40 |
| 4 | you consider associates? | 13:55:41 |
| 5 | A    That was the same group which is the | 13:55:42 |
| 6 | people who deliver our product and our | 13:55:46 |
| 7 | salespeople and our product managers. | 13:55:48 |
| 8 | Q    Did it include the entire staff or | 13:55:54 |
| 9 | just those people? | 13:55:56 |
| 10 | A    Since it says "associates," I think | 13:55:58 |
| 11 | it probably went pretty wide. | 13:56:02 |
| 12 | Q    And is there anything in this memo | 13:56:08 |
| 13 | that you now think you should not or was | 13:56:14 |
| 14 | incorrect when you wrote it? | 13:56:16 |
| 15 | A    No, I think what this does is it | 13:56:18 |
| 16 | settles the disputes we were having because I | 13:56:21 |
| 17 | gave Paul what he wanted, which is me to stay | 13:56:23 |
| 18 | on as a co-author, and he gave me what we | 13:56:27 |
| 19 | wanted, which is a license-free agreement to | 13:56:29 |
| 20 | use Situational Leadership.  And then we agreed | 13:56:32 |
| 21 | without inspection because we didn't want to | 13:56:37 |
| 22 | get into each other's business.  So I think | 13:56:39 |
| 23 | it's great. | 13:56:41 |
| 24 | Q    And the license agreement -- 1987 | 13:56:43 |
| 25 | license agreement stated that you had to -- | 13:56:48 |

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Kenneth Blanchard, Ph.D. - 8/2/2017

| | | |
|---|---|---|
| 1 | that Blanchard Training's product had to be at | 13:56:50 |
| 2 | least as good as it was in 1987, correct? | 13:56:53 |
| 3 | A    Yes. | 13:56:57 |
| 4 | Q    You think you've ever had product | 13:56:57 |
| 5 | that was less good than what it was in 1987? | 13:56:59 |
| 6 | A    Our products get better all the time. | 13:57:03 |
| 7 | Q    And your -- both you and Dr. Hersey | 13:57:04 |
| 8 | generally know what the other person is doing | 13:57:07 |
| 9 | in the marketplace, correct? | 13:57:10 |
| 10 | A    Yes. | 13:57:11 |
| 11 | Q    You both have booths at ATD now -- | 13:57:11 |
| 12 | A    Yup. | 13:57:15 |
| 13 | Q    -- and you see the kind of marketing | 13:57:15 |
| 14 | and the kind of materials, correct? | 13:57:16 |
| 15 | A    Yes. | 13:57:18 |
| 16 | Q    Even though some of it's proprietary | 13:57:18 |
| 17 | and you wouldn't see it; and they wouldn't see | 13:57:20 |
| 18 | your materials, correct? | 13:57:22 |
| 19 | A    Right. | 13:57:23 |

Page 202

Kenneth Blanchard, Ph.D. - 8/2/2017



Page 203