# EXHIBIT 12

MICHELE M. DESOER (SBN 119667)
  *mdesoer@zuberlaw.com*
JEFFREY J. ZUBER (SBN 220830)
  *jzuber@zuberlaw.com*
HEMING XU (SBN 302461)
  *hxu@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile:  (213) 596-5621

NATHANIEL L. FINTZ (*Pro Hac Vice*)
  *nfintz@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
One Penn Plaza, Suite 4430
New York, New York 10119
Telephone:  (212) 899-9830

Attorneys for Plaintiff and
Counterclaim-Defendant Leadership Studies, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADERSHIP STUDIES, INC., a California corporation, | CASE NO. 15CV1831 WQH-KSC |
| Plaintiff, | **DESIGNATION OF EXPERT WITNESSES BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT LEADERSHIP STUDIES, INC.** |
| v. | |
| BLANCHARD TRAINING AND DEVELOPMENT, INC., a California corporation, and Does 1-10, inclusive, | |
| Defendants. | |
| AND ALL RELATED CROSS ACTIONS. | |

0811-1026 / 884981.1

Pursuant to paragraph 2 of the Third Amended Scheduling Order [D.E. 100], Plaintiff and Counterclaim-Defendant Leadership Studies, Inc. ("CLS" or "Plaintiff") hereby designates the following experts whose opinions CLS may use at trial pursuant to Rules 702, 703, or 705 of the Fed. R. Evid.:

## DESIGNATION OF EXPERT WITNESSES

1. Expert name:  **Sidney P. Blum, CPA, CFE, CPEA (E)(H&S), CFF**

   a. Address:    Sidney P. Blum, CPA, CFE, CPEA (E)(H&S), CFF
                  7081 Broadway Terrace
                  Oakland, CA 94611

   b. Telephone number:  (818) 631-3192

   c. Reasonable summary of the testimony the expert is expected to provide:  Mr. Blum is expected to draw on his expertise and experience in *(i)* economic and financial analysis, royalties, licensing, damages, forensics, and accounting; *(ii)* the calculation of damages relating to trademark infringement, copyright infringement, and breach of contract; and *(iii)* marketing and the exploitation of trademarks in marketing.  Mr. Blum's C.V. was served on Defendant Blanchard Training and Development, Inc. ("Defendant" or "BTD") pursuant to the stipulated Protective Order [D.E. 41], as amended [D.E. 62].  Mr. Blum is expected to testify on methods for calculating the damages that Defendant should be obligated to pay to Plaintiff in connection with the claims that Plaintiff has lodged against Defendant in the present litigation.  Mr. Blum is also expected to testify about his recommendations regarding such damages, and the bases for those recommendations.

   d. Normal rates the expert charges for deposition and trial testimony: $670.00 per hour.

DESIGNATION OF EXPERT WITNESSES
BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT LEADERSHIP STUDIES, INC.
0811-1026 / 884981.1

2. Expert name:  **Dr. Ronald R. Butters, Ph.D.**

   a. Address:    Dr. Ronald R. Butters, Ph.D.
                      11356 Phoenix Way
                      Naples, FL 34119

   b. Telephone number:  (919) 423-8866

   c. Reasonable summary of the testimony the expert is expected to provide:  Dr. Butters is expected to draw on his expertise, experience, teaching, and scholarship in fields including language, linguistics, psycholinguistics, forensic linguistics, and the linguistics of trademarks.  Dr. Butters' C.V. was served on Defendant pursuant to the stipulated Protective Order [D.E. 41], as amended [D.E. 62].  Dr. Butters is expected to testify as to why, based on basic linguistic principles, the trademarks at issue in the present litigation are sufficiently similar to create a linguistic confusion of the ordinary speaker of English.  Dr. Butters is also expected to testify—from the perspective of linguistics and related subfields—as to the meaning of the respective trademarks as perceived by the ordinary English-speaking consumer.  Dr. Butters is also expected to testify as to why—from the perspective of linguistics and related subfields—Plaintiff's trademark functions as an indicator of the source of products or services.

   d. Normal rates the expert charges for deposition and trial testimony: $600.00 per hour.

3. Expert name:  **Dr. Kenneth Crews, Ph.D.**

   a. Address:    Dr. Kenneth Crews, Ph.D.
                      Gipson Hoffman & Pancione
                      1901 Avenue of the Stars, 11th Floor
                      Los Angeles, CA 90067

   b. Telephone number:  (310) 556-4660

0811-1026 / 884981.1

c.  Reasonable summary of the testimony the expert is expected to provide:  Dr. Crews is expected to draw upon his expertise, experience, teaching, and scholarship in copyrighted works, authorship, and licensing.  Dr. Crews' C.V. was served on Defendant pursuant to the stipulated Protective Order [D.E. 41], as amended [D.E. 62].  Dr. Crews is expected to testify as to: *(i)* the expressive elements of the copyrighted work asserted in the present litigation (the "Asserted Work"), including but not limited to how individuals and businesses understood and utilized these expressive elements in both the Asserted Work and in its derivatives; *(ii)* academic research and writing, including but not limited to how academics typically treat issues of collaboration and co-authorship, as well as how academics may use their research to develop products and services; and *(iii)* typical courses of dealing between authors and publishers, and among collaborators of a work.  Such testimony will be pertinent to copyrightability, infringement, copyright ownership, copyright licensing, and legal rights as to derivative works.

d.  Normal rates the expert charges for deposition and trial testimony: $585 per hour.

4.  Expert name: **Rhonda Harper, M.B.A.**

a.  Address:      Rhonda Harper, M.B.A.
                  Rhonda Harper LLC
                  6224 Penrose Avenue
                  Dallas, TX 75214

b.  Telephone number:  (214) 244-4608

c.  Reasonable summary of the testimony the expert is expected to provide:  Ms. Harper is expected to draw on her expertise and experience in licensing, marketing, branding, brand architecture, consumer perception, business management, and related fields.  Ms.

0811-1026 / 884981.1

DESIGNATION OF EXPERT WITNESSES
BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT LEADERSHIP STUDIES, INC.

Harper's C.V. was served on Defendant pursuant to the stipulated Protective Order [D.E. 41], as amended [D.E. 62].  Ms. Harper is expected to testify—especially from the perspective of her fields of expertise—as to *(i)* why Plaintiff's trademark functions as an indicator of the source of products or services; and *(ii)* why the trademarks at issue in the present litigation are sufficiently similar to cause a consumer to be confused regarding the source of products or services.  Ms. Harper is also expected to testify—especially from the perspective of the field of licensing and its practices and customs—as to *(i)* the interpretation and operation of licensing-related documents at issue in the present litigation (including but not limited to the License Agreement of December 19, 1987 (the "1987 License")); *(ii)* the licensing relationship between Plaintiff and Defendant; and *(iii)* the expected licensing relationship between a licensor and licensee similarly situated to Plaintiff and Defendant.

    d.  Normal rates the expert charges for deposition and trial testimony: $600.00 per hour.

5.  Expert name:  **Jonathan E. Hochman, M.S.**

    a.  Address:    Jonathan E. Hochman, M.S.
                       JE Hochman & Associates LLC
                       615 W. Johnson Ave, Suite 202
                       Cheshire, CT 06410-4532

    b.  Telephone number:  (203) 699-2628

    c.  Reasonable summary of the testimony the expert is expected to provide:  Mr. Hochman is expected to draw on his expertise and experience in entrepreneurship, technology, marketing, internet search marketing, search engine optimization, software development, business development, business operations, sales, and related fields.  Mr. Hochman's C.V. was served on Defendant pursuant to the stipulated

5

Protective Order [D.E. 41], as amended [D.E. 62].  Mr. Hochman is
expected to testify regarding *(i)* Defendant's use of search engine
keywords—including but not limited to keywords consisting of or
incorporating trademarks owned by Plaintiff—within the context of the
Google AdWords service and other search engine marketing services
similar or analogous to Google AdWords (collectively, "SEM
Services"); *(ii)* the content, appearance, and positioning of Defendant's
ads (including but not limited to "sponsored links" ads) within the
context of SEM Services; *(iii)* the effects upon Plaintiff of Defendant's
activities within the context of SEM Services; *(iv)* economic and
business aspects of using SEM Services; *(v)* the presence and
positioning of Plaintiff and Defendant, respectively, within internet
search engine search results; *(vi)* the effect of the trademark registration
symbol (*i.e.*, the "®" symbol) upon the functioning of internet search
engines, and within the context of search engine optimization in
general; and *(vii)* Defendant's search engine marketing practices and
search engine optimization practices within the context of the licensing
relationship between Defendant and Plaintiff.

    d.  Normal rates the expert charges for deposition and trial testimony:
$625.00 per hour.

6.  Expert name: **Dr. Jeffrey A. Stec, Ph.D.**

    a.  Address:    Dr. Jeffrey A. Stec, Ph.D.
                    Vice President
                    Charles River Associates
                    One South Wacker Drive
                    Chicago, IL 60606

    b.  Telephone number:  (312) 357-1000

    c.  Reasonable summary of the testimony the expert is expected to
provide:  Dr. Stec is expected to draw on his expertise and experience

1   in economic, financial, statistical, and survey research, and in the
2   collection and analysis of data.  Dr. Stec's C.V. was served on
3   Defendant pursuant to the stipulated Protective Order [D.E. 41], as
4   amended [D.E. 62].  Dr. Stec is expected to testify regarding his survey
5   research conducted in connection with the present litigation, as well as
6   the methods of that survey research.  Dr. Stec is also expected to testify
7   about why the findings of his survey research demonstrate that *(i)*
8   Plaintiff's trademark functions as an indicator of the source of products
9   or services, and *(ii)* the trademarks at issue in the present litigation are
10  sufficiently similar to cause a consumer to be confused regarding the
11  source of products or services.

   d.   Normal rates the expert charges for deposition and trial testimony:
     $745.00 per hour.

Dated:  September 25, 2017            Respectfully submitted,

                                    **ZUBER LAWLER & DEL DUCA LLP**
                                    MICHELE M. DESOER
                                    JEFFREY J. ZUBER
                                    NATHANIEL L. FINTZ
                                    HEMING XU

                  By:   *s/ Jeffrey J. Zuber*
                                    Attorneys for Plaintiff and Counterclaim-
                                    Defendant Leadership Studies, Inc.

0811-1026 / 884981.1

Case No. 15CV1831 WQH-KSC
DESIGNATION OF EXPERT WITNESSES
BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT LEADERSHIP STUDIES, INC.

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017  USA.

4

5

6

On September 25, 2017, I served true copies of the following document(s) described as **DESIGNATION OF EXPERT WITNESSES BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT LEADERSHIP STUDIES, INC.** on the interested parties in this action as follows:

7

8

Steven M. Strauss
Dennis C. Crovella
John Paul Oleksiuk
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
Tel: 858-550-6000
Fax: 858-550-6420
Email:  *sms@cooley.com*
        *dcrovella@cooley.com*
        *jpo@cooley.com*
Attorneys for Defendant and Counterclaim-Plaintiff Blanchard Training and Development, Incorporated

9

10

11

12

13

14

15

16

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address *dellis@zuberlaw.com* to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

17

18

19

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

20

21

Executed on September 25, 2017, at Los Angeles, California.

22

23

24

*s/ Debbie Ellis*
Debbie J. Ellis

25

26

27

28

Case No. 15CV1831 WQH-KSC

DESIGNATION OF EXPERT WITNESSES
BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT LEADERSHIP STUDIES, INC.

0811-1026 / 884981.1