COOLEY LLP
STEVEN M. STRAUSS (99153)
sms@cooley.com
DENNIS C. CROVELLA (190781)
dcrovella@cooley.com
JOHN PAUL OLEKSIUK (283396)
jpo@cooley.com
4401 Eastgate Mall
San Diego, CA 92121
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendant / Counterclaim-Plaintiff
BLANCHARD TRAINING AND
DEVELOPMENT, INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADERSHIP STUDIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED, and Does 1-10, inclusive,<br><br>Defendants.<br><br>BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>LEADERSHIP STUDIES, INC.,<br><br>Counterclaim-Defendant. | Case No.  15 CV 1831 WQH KSC<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED FED. R. CIV. P. 56 ON ALL OF LEADERSHIP STUDIES' CLAIMS**<br><br>*[MEMORANDUM OF POINTS AND AUTHORITIES, STATEMENT OF UNDISPUTED MATERIAL FACTS, DECLARATIONS TOM MCKEE, RICHARD ANDREWS, AND DENNIS CROVELLA, ESQ., MOTION FOR LEAVE TO FILE UNDER SEAL, AND PROPOSED ORDER SUBMITTED HEREWITH]*<br><br>**HEARING DATE: APRIL 30, 2018**<br><br>**COURTROOM 41B**<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

NOTICE OF MOTION AND MSJ
ON ALL LEADERSHIP STUDIES' CLAIMS
15 CV 1831 WQH KSC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on April 30, 2018, or as soon thereafter as this motion may be heard, Defendant-Counterclaimant Blanchard Training and Development, Incorporated ("Blanchard Training"), will and hereby does move this Court pursuant to Fed. R. Civ. P. 56 to enter summary judgment in favor of Blanchard Training on all of the claims brought by Leadership Studies, Inc.'s ("Leadership Studies") in this case. Moreover, the fifth claim for cancellation of Blanchard Training's SLII® registration cannot survive because 15 U.S.C. § 1119 does not provide an independent basis for jurisdiction over trademark registrations where there is no underlying infringement claim.

Leadership Studies has known for *decades* of conduct complained about in the Third Amended Complaint (Dkt. 49), including the manner in which Blanchard Training uses and claims ownership of copyrights and trademarks relating to its SLII® program in the U.S. and internationally, as well as the manner in which the parties conducted themselves pursuant to the December 19, 1987 Agreement between the parties (the "1987 Agreement"). In the meantime, Blanchard Training made substantial investments in growing its company with the reasonable expectation that Leadership Studies would not suddenly bring a lawsuit over the longstanding *"co-petitor"* relationship. In view of Leadership Studies' unreasonable delay and prejudice that would result to Blanchard Training, the doctrine of laches prevents Leadership Studies from obtaining any equitable relief for any of the alleged claims in the Third Amended Complaint, including injunctive relief or disgorgement of profits.

Moreover, the doctrine of estoppel bars the claims in the Third Amended Complaint *completely*, due to Leadership Studies' intentional acts, including active representations that it would not assert a right or a claim; the inexcusable delay between the intentional acts and the assertion of the right or claim; and the resulting

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

NOTICE OF MOTION AND MSJ
ON ALL LEADERSHIP STUDIES' CLAIMS
15 CV 1831 WQH KSC

undue prejudice to Blanchard Training. Leadership Studies is estopped from bringing the claims in the Third Amended Complaint due to its acquiescence.

While laches should preclude Leadership Studies from obtaining the primary relief it seeks, in order to comprehensively dispose of the lawsuit Blanchard Training also seeks summary judgment on the bases of estoppel by acquiescence, statutes of limitations, lack of subject matter jurisdiction on the trademark cancellation claim upon dismissal of the other trademark claims, and certain accused conduct not being a breach of the 1987 Agreement nor an infringement.

In connection with the dismissal of the trademark claims, the Court is requested to award Blanchard Training a reasonable attorneys' fee under the fee-shifting provisions of the Lanham Act, 15 U.S.C. § 1117(a), because this is an "exceptional case" that warrants an award of reasonable attorney's fees to Blanchard Training. In connection with the dismissal of the copyright claim, the Court is requested to award Blanchard Training a reasonable attorney's fee as the prevailing party under the fee-shifting provisions of the Copyright Act, 17 U.S.C. § 505. Upon a favorable ruling on the present motion, Blanchard Training intends to submit a fee petition setting forth the amount and reasonableness of the fees requested.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; Statement of Undisputed Material Facts (with exhibits); Declarations of Tom McKee, Richard Andrews, and Dennis Crovella, Esq., and all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this Motion.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

NOTICE OF MOTION AND MSJ
ON ALL LEADERSHIP STUDIES' CLAIMS
15 CV 1831 WQH KSC

| | | |
|---|---|---|
| 1 | Dated: March 26, 2018 | COOLEY LLP<br>STEVEN M. STRAUSS (99153)<br>DENNIS C. CROVELLA (190781)<br>JOHN PAUL OLEKSIUK (283396) |

*s/Steven M. Strauss*

Attorney for Defendant / Counterclaimant
BLANCHARD TRAINING AND DEVELOPMENT, INCORPORATED
E-mail: sms@cooley.com

171274915 v1

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

NOTICE OF MOTION AND MSJ
ON ALL LEADERSHIP STUDIES' CLAIMS
15 CV 1831 WQH KSC